# EXHIBIT 3
# (Offer Letter/Contract from UNC)



THE UNIVERSITY
of NORTH CAROLINA
at CHAPEL HILL

DEPARTMENT OF OPHTHALMOLOGY
AND THE KITTNER EYE CENTER
5151 BIOINFORMATICS BLDG., CB 7040
CHAPEL HILL, NC 27599-7040

TEL 919.966.5296
FAX 919.966.1908
APPTS 984.974.1048

December 13, 2021
Abdulrahman K. Rageh, MD

Dear Dr. Abdulrahman K. Rageh, MD:

This letter coveys my intention to recommend to the Dean of the School of Medicine that you be appointed as a non-ACGME Clinical Fellow in the Department of Ophthalmology proposed effective date of August 1, 2022. Your appointment will be for a period of two years and your salary will be at the rate of $60,000 annually. You will also be eligible for Health Benefits and two weeks of paid vacation per year.

Your duties will include working with the Retina Service learning all techniques necessary for your area of study. Besides going to the operating room and working in attending clinics you will staff a half-day weekly clinic of your own seeing comprehensive patients. You are expected to take retina call and and will be added to the general (trauma) call schedule.

We look forward to your joining the UNC Department of Ophthalmology. We feel that you will find this an excellent training opportunity and that you will in turn make significant contributions to the department. To indicate your willingness for the process to proceed, please signify your approval on the copy of the letter provided and return it to me.

Yours truly,

Donald L. Budenz, MD, MPH
Professor and Chairman, Department of Ophthalmology
Kittner Distinguished Professor

Accepted: _____,
MD
Date: 12/14/21