UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ABDULRAHMAN RAGEH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24CV336 |
| | ) |
| UNIVERSITY OF NORTH | ) |
| CAROLINA AT CHAPEL HILL, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #32] and Joint Local Rule 5.5 Report [Doc. #33]. The Court has reviewed the Joint Reports and approves them as submitted and as noted herein.

The Court notes that all discovery must be completed by October 1, 2025, and that deadline may not be altered by agreement of the parties absent a Court Order. In addition, the Court notes that pursuant to Local Rules 40.1 and 56.1(f), the trial date will be set by the Clerk's Office based on the October 1, 2025 close of discovery, not based on the date of ruling on dispositive motions. Finally, the Court notes that any dates for a final pretrial conference or for final pretrial motions will be determined by the District Judge prior to trial in this matter.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #32] and Joint Local Rule 5.5 Report [Doc. #33] are approved as submitted and as noted herein.

This, the 11th day of March, 2025.

_____
Joi Elizabeth Peake
United States Magistrate Judge