# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM
# CIVIL ACTION NO: 1:24-CV-336

| | |
|---|---|
| Abdulrahman Rageh,<br><br>   Plaintiff,<br><br>  v.<br><br>University of North Carolina at Chapel Hill, Jan Niklas Ulrich, Alice Zhang, and Donald Budenz in their official capacities,<br><br>   Defendants. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The University of North Carolina at Chapel Hill ("UNC-CH"), Dr. Jan Niklas Ulrich, and Dr. Yang "Alice" Zhang (collectively, "Defendants") by and through undersigned counsel, move the Court, pursuant to Fed. R. Civ. P. 56, for summary judgment on Plaintiff's remaining claims. The record establishes that there are no genuine issues of material fact and that Defendants are entitled to prevail as a matter of law on Plaintiff's claims for Title VII and ADEA discrimination, Title VII and ADEA retaliation, defamation, tortious interference with contractual relations, and tortious interference with prospective economic advantage.

Defendants move for summary judgment on the grounds detailed in the Memorandum of Law being contemporaneously filed by Defendants in support

of this Motion, including the following: the record establishes as a matter of law that material issues of fact do not exist; that Defendants did not discriminate or retaliate against Plaintiff on the basis of his age or national origin; that any purported defamatory statements were true, in the alternative opinion, or covered by a qualified privilege; and that the statements that form the basis of Plaintiff's tortious interference claims were made for a legitimate business purpose.

In support of this motion, Defendant relies upon the pleadings on file in this case and the following exhibits, which are attached to this motion:

Exhibit 1: Affidavit of Dr. Jan Niklas Ulrich (with attached exhibits)

Exhibit 2: Affidavit of Dr. Yang "Alice" Zhang (with attached exhibits)

Exhibit 3: Transcript of Plaintiff's deposition and exhibit

Exhibit 4: Excerpts from transcript and exhibits from Dr. Jan Niklas Ulrich's deposition

Exhibit 5: Excerpts from transcript from Dr. Yang "Alice" Zhang's deposition

Exhibit 6: Excerpts from transcript and exhibit from Christopher Jamison's deposition

Exhibit 7: Affidavit of Lindsay Vance Smith (with attached exhibits)

This 13th day of March, 2026.

**JEFF JACKSON**
**Attorney General**

Lindsay Vance Smith
Special Deputy Attorney General
NC State Bar No. 48085
lsmith@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC  27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorney for Defendant*

/s/ Zach Padget
Zach Padget
NC State Bar No. 46610
padget@unc.edu

Office of University Counsel
The University of North Carolina at
Chapel Hill
123 W. Franklin St., Suite 600A
Chapel Hill, NC 27599-9105
(919) 962-1219
*Attorney for Defendant the University of
North Carolina at Chapel Hill*

## CERTIFICATE OF SERVICE

I hereby certify that **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, was served on all parties via the court's CM/ECF System, which will send a Notice of Electronic Filing to all Parties' counsel of record in this action. This the 13th day of March, 2026.

/s/ Lindsay Vance Smith
Lindsay Vance Smith
Special Deputy Attorney General