# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM
#### CIVIL ACTION NO: 1:24-CV-336

Abdulrahman Rageh,

    Plaintiff,

v.

University of North Carolina at Chapel Hill, Jan Niklas Ulrich, Alice Zhang, and Donald Budenz in their official capacities,

    Defendants.

**AFFFIDAVIT OF DR. JAN NIKLAS ULRICH**

I, Dr. Jan Niklas Ulrich, being first duly sworn, hereby depose and say:

1.    I am an adult over age 18, have never been adjudicated incompetent, do not suffer from mental or emotional illness, and make this affidavit of my own free will.

2.    I give this affidavit for any use allowed in the above-styled case under the Federal Rules of Civil Procedure or other applicable laws or rules.

3.    I am a medical doctor and ophthalmologist with a specialty in treating diseases and disorders of the retina, specifically through retinal and vitreoretinal surgery. I have been employed as a physician at the University of North Carolina for approximately 18 years. In that role, I see patients on a clinical and surgical basis.

1

EXHIBIT 1

4. I also serve as a professor of ophthalmology and am the director of the vitroretinal fellowship in the Ophthalmology Department at the UNC School of Medicine. In that role, I am responsible for selecting and supervising the training of our vitroretinal fellows.

5. The vitreoretinal fellowship provides selected fellows with an advanced level of training in the diagnosis and management of medical and surgical disorders of the retina and vitreous. Fellows in the program treat patients with vitreoretinal diseases both clinically and surgically, under the supervision of attending physicians, including myself. The fellowship generally selects one fellow every two years.

6. Plaintiff Dr. Abdulrahman Rageh was accepted as a fellow in the program and began his fellowship in August 2022. In his initial months in the fellowship program, Dr. Rageh was primarily supervised by me, and my colleagues, Dr. Yang "Alice" Zhang and Dr. Keirnan Willett.

7. Almost immediately after beginning to work with Dr. Rageh, I had concerns about his skillset, conduct, and performance. For example, Dr. Rageh exhibited significant deficiencies of general ophthalmological knowledge, which was atypical of fellows coming into our program. However, he was not receptive to the guidance or instruction I and my colleagues provided to him. When counseled about mistakes, Dr. Rageh had a tendency to be untruthful

2

about his conduct and would not acknowledge that he had done anything wrong.

8. Dr. Rageh also had difficulty complying with basic requirements of his fellowship. For instance, he would sometimes not have his phone on when he was required to be on call.

9. More concerning, Dr. Rageh frequently failed to discuss his patients with attending physicians or to send appropriate notes about his diagnosis or treatment plan. His failure to do so put patients at risk and resulted in poor patient outcomes.

10. I raised these concerns with Dr. Rageh directly on several occasions. I also provided my colleague Dr. Zhang—who was one of Dr. Rageh's other supervisors—with a list of my concerns in early September. A true and correct copy of that communication is attached as **Exhibit A**.

11. Dr. Rageh's performance did not improve over the next several months, and Dr. Zhang, Dr. Willett, and I continued to have significant concerns about his ability to perform as a fellow. Eventually, Dr. Zhang informed me that she did not feel comfortable continuing to work with Dr. Rageh as a result of her concerns.

12. On November 10, 2022, Dr. Zhang and I met with Dr. Rageh to discuss the ongoing concerns about his performance. During this conversation,

3

Dr. Rageh consistently refused to take responsibility for his deficiencies. Ultimately, I informed Dr. Rageh that Dr. Zhang would no longer participate in his training. He would, however, continue to work with me and my colleague Dr. Willett.

13. Dr. Rageh's performance did not improve. He continued to exhibit deficiencies in general knowledge, which resulted in misdiagnoses. His failure to attend to detail resulted in incorrectly prescribing medication, which could have led to patient harm and had to be corrected by his attending physicians. And he continued to exhibit poor interactions with patients. All of these concerns were documented by myself and Dr. Willett, including in emails I sent to Dr. Zhang. True and correct copies of those emails are attached as **Exhibit B**.

14. In addition, Dr. Beatrice Brewington, one of the other ophthalmologists in our department, raised concerns that Dr. Rageh would not speak to or acknowledge her when he worked in her clinic.

15. As a result of these continued significant and repeated deficiencies, I was concerned that we would not be able to train Dr. Rageh as a competent retina surgeon. Accordingly, I consulted with my colleagues and department chair, Dr. Donald Budenz, about how to proceed with Dr. Rageh's fellowship. With Dr. Budenz's support, I decided to end Dr. Rageh's fellowship in June

4

2023 and provide him with a certificate for a medical retina fellowship.

16. On December 16, 2022, I met by phone with Dr. Rageh and explained that we would not be able to train him as a retina surgeon and that, as a result, his fellowship would end in June 2023. I summarized our meeting in a subsequent email to Dr. Rageh. A true and correct copy of that email is attached as **Exhibit C.**

17. Three days after our meeting, Dr. Rageh provided me with a letter complaining that he had been the subject of discrimination and bullying by Dr. Zhang. I forwarded this letter to Dr. Zhang and Dr. Budenz. I advised Dr. Rageh to share the claim with internal human resources.

18. Around this same time, Dr. Rageh asked me to verify his fellowship to support his request for licensure in other states. I explained to him that although I would complete the forms provisionally, I may need to amend my responses if any further action was taken against him as a result of his poor performance.

19. In the last couple weeks of December 2022, my colleagues and I became increasingly concerned about the potential for patient claims of negligence due to Dr. Rageh's poor performance. We documented those concerns in email communications to each other, true and correct copies of which are attached as **Exhibit D.**

5

20. As a result of our concerns, my colleagues and I decided we needed to terminate Dr. Rageh's contract immediately. However, we were advised to let the investigation into Dr. Rageh's internal complaints conclude before taking any additional steps towards termination. In order to ensure patent safety in the meantime, we decided to remove Dr. Rageh from unsupervised patient care.

21. Dr. Willett and I met with Dr. Rageh on January 4, 2023, to explain our decision to explore termination and to remove him from unsupervised clinic duties. However, we also explained that he would be expected to continue with his comprehensive fellow clinic, to lead Thursday morning imagining conferences with residents, and to attend lectures. Our assessment was that Dr. Rageh could safely perform these duties unsupervised because they were low-risk activities like prescribing glasses. I summarized this meeting in a subsequent email to Dr. Rageh, a true and correct copy of which is attached as **Exhibit E.**

22. Dr. Rageh did not return to work after January 6, 2023.

23. In March 2023, I was contacted by a physician at an ophthalmology clinic in Pennsylvania seeking a reference for Dr. Rageh. I was truthful and shared issues I had experienced with patient safety, Dr. Rageh's professionalism, and Dr. Rageh's behavior.

6

24. Dr. Rageh resigned from his fellowship effective March 20, 2023.

25. Following Dr. Rageh's resignation, he sent a series of increasingly threatening and harassing emails to me and other members of the ophthalmology department. As a result of those emails, I sought and obtained a no-contact order under North Carolina General Statutes Chapter 50C. Dr. Rageh was also charged, and pled guilty to, cyberstalking as a result of these communications.

26. Dr. Rageh also requested that I complete verifications of his fellowship to support his application for licensure in multiple states, including Tennessee and Massachusetts. True and correct copies of Dr. Rageh's requests are attached as **Exhibit F**. In order to complete those verifications truthfully, I was required to submit a letter explaining adverse actions taken during Dr. Rageh's fellowship. I completed the verifications and explanatory letters and submitted them as Dr. Rageh requested.

27. My decision to abbreviate Dr. Rageh's fellowship was motivated entirely by my concern for patient safety and my belief that Dr. Rageh did not have the skills or attitude necessary for me or my colleagues to successfully train him as a retina surgeon.

28. UNC uses SAFE reports to document complications or near misses that occur in the operating room and during procedures. SAFE reports are not

7

used for misdiagnoses, inadequate patient examination, or poor clinical judgment.

29. My actions towards Dr. Rageh were never based on his age or his national origin. Nor were my actions towards Dr. Rageh in retaliation for his engagement in protected activity.

30. Any statements I have made about Dr. Rageh's conduct and performance during his tenure as a fellow have been truthful and based on my personal knowledge of Dr. Rageh's conduct and performance.

Further the affiant sayeth not.

This the ___ day of March, 2026.


_____

DR. JAN NIKLAS ULRICH

8

SWORN TO AND SUBSCRIBED

before me this the 12 _____ day

of March, 2026.

Notary Public Donna Lynn Villano

My commission expires: 12-17-2028

9

| | |
|---|---|
| **From:** | Zhang, Yang[alice_zhang@med.unc.edu] |
| **Sent:** | Fri 9/9/2022 6:27:18 PM (UTC-04:00) |
| **To:** | Ulrich, Jan Niklas[jnulrich@med.unc.edu] |
| **Subject:** | Re: Dr. Rageh |

Dear Nick,

Thank you for this list of deficiencies.

I have noted problems while working with him in the clinic. He has some knowledge but it is very hit or miss in terms of being correct or completely wrong.

1. While examining **Redacted** he measured CF vision because he did not know how to turn on a projector and measure the actual visual acuity.
2. I have explained and demonstrated in front of Dr. Rageh how to explain the post op instructions for patients. I have also discussed that it's necessary to say hello, introduce oneself before interacting with patients. Yesterday, **Redacted** daughter told me during a POD1 visit Dr. Rageh did not sanitize his hands, did not introduce himself, seemed in a rush. Then, he had the patient's family read the instruction sheet and to just tell him if they have questions. I relayed to him that this is considered subpar care and we do not just have patients read post op instructions on their own.
3. When signing up a patient for retinal detachment surgery, he told me that the patient is a 35F when she is a 58F. When asked whether he knows if there is a difference in how we treat RDs with such age differences, he said that he understood that the vitreous behaves differently in different patients depending on age. He was advised to double check all details before presenting cases.
4. When examining a patient, he told me that he was able to diagnose a posterior subcapsular cataract by using the ultrasound. We went over that the lines he saw were reverberation artifacts and were in fact, not the actual lens. That particular patient had 1+ NS and did not have a PSC at all.

Finally, I asked him to discuss all cases that residents present to him. If it is non-urgent and the case occurs after 10PM, I will discuss with him first thing in the morning.

He expressed understanding of the deficiencies and seems to want to improve.

Alice Y. Zhang, MD
Assistant Professor
Residency Program Director
UNC-Chapel Hill
Department of Ophthalmology

**From:** Ulrich, Jan Niklas <jnulrich@med.unc.edu>
**Sent:** Wednesday, September 7, 2022 9:30 PM
**To:** Zhang, Yang <alice_zhang@med.unc.edu>
**Subject:** Dr. Rageh

Hi Alice
As discussed I want to email you some of the interactions/issues with Dr. Rageh in August

8/9; He was on general call but did not have his phone on. Resident had to wake me and Dr. Fleischman up to talk about patient with ruptured globe.

EXHIBIT A

8/15- saw patient in hospital with resident, patient with known corneal herpetic dz and now red eye, pain, HM vision, poor vision. Scan dx'ed as "asteroid". Asked about patient again 8/23- Bscan the same, told Dr. Fleischman not concerning for endophthalmitis. DR. Fleischman operated for white cataract same week and eye is full of pus. Never told any attending about case.

8/26- sees patient with resident for Mac off RD, macula went off 6 hours prior. Does not tell me about it until next day afternoon ("macula was off, thought there is no rush")

Did not forward any notes from call until end of August.

Told me he does not use 90D lens routinely as he can "see enough" with 20D lens.

He has significant deficiencies of general ophthalmology knowledge.

I had several "official" discussions with him about this with clear instructions to run every patient he sees with the residents on call by an attending and send the notes. To not let a surgical patient go without having spoken to an attending. To do 90D on every patient. To read at least 1 hour every day. To say "I don't know" if he doesn't know and not make things up. To be on time. To have his phone on 24/7 when he is on call.

Nick

J. Niklas Ulrich, MD

Vice Chair of Faculty Development
Director, UNC Surgical Vitreo-Retinal Fellowship Program
Associate Professor of Ophthalmology, Vitreo-Retinal Surgery
Adjunct Assistant Professor of Pediatrics
University of North Carolina at Chapel Hill
Department of Ophthalmology
5151 Bioinformatics Bldg CB 7040
Chapel Hill, NC 27599
ph: 919-966-5296
f:   919-966-1908

RPD 05/12: decision to shorten fellowship and then end fellowship and/or decision to restrict him from seeing patients

| | |
|---|---|
| **From:** | Ulrich, Jan Niklas [jnulrich@med.unc.edu] |
| **Sent:** | 12/12/2022 4:12:15 PM |
| **To:** | Zhang, Yang [alice_zhang@med.unc.edu] |
| **Subject:** | Dr. Rageh |

Alice

I want to share with you several issues that I had with Dr .Rageh in the last two weeks.

1) He is still able to remember the functions of the foot pedals. I had asked him last week during surgery to go over it at the end of the day. When I let him do a core vitrectomy today he had no idea about the foot pedal functions again. When I asked him he said he dod not review it last week.

2) Last week Thursday he was looking at a Spanish speaking patient in clinic. When he presented the patient to me he told me he did not talk with the patient much as he did not feel like calling the interpreter. He said since I spoke Spanish I could talk to the patient myself. This is the third time I instructed him to always call an interpreter when he is not able to communicate with a patient.

3) Last week Wednesday he examined a patient with flashes of light. When I asked him if he did a scleral depressed exam he said he examined "parts of the retina" with scleral depression. I reiterated that in patient with signs of PVD he needs to examine the entire era serrate with scleral depressed exam.

4) Last week Tuesday he was called buy a first year resident from the ER about one of my patients who had had a vitrectomy and lens exchange the day prior. She was seen in clinic earlier that day with 20/50 vision. She had noticed a drastic decline of vision over several hours and presented to the ER with HM vision. The resident's note mentioned 4+ cell and fibrin. He did not see the patient but advised the resident to start q2 hour prednisolone acetate drops for suspected iritis. There was no mention of potential endophthalmitis. I was not notified. The patient came back to my clinic the next day- with improving inflammation. I had a long discussion with Dr. Rageh that in postop patient with acute vision drop and signs of significant inflammation endophthalmitis has to be very high on the differential diagnosis and actually is the diagnosis until proven otherwise. It is unacceptable to go by there description of a first year resident and make a difficult decision between infection and inflammation without seeing the patient. If this patient would have had an endophthalmitis and was treated as in the is case with steroids she most likely would have lost vision permanently and this would have been undependable in a lawsuit. His response was that it could not have been endophthalmitis since it was only 36 hours after surgery.. This is obviously completely wrong. Bacterial as E faecalis are known to cause massive symptoms as soon as 24 hours after surgery.

Thanks

Nick
J. Niklas Ulrich, MD

**EXHIBIT B**

Vice Chair of Faculty Development
Director, UNC Surgical Vitreo-Retinal Fellowship Program
Associate Professor of Ophthalmology, Vitreo-Retinal Surgery
Adjunct Assistant Professor of Pediatrics
University of North Carolina at Chapel Hill
Department of Ophthalmology
5151 Bioinformatics Bldg CB 7040
Chapel Hill, NC 27599
ph: 919-966-5296
f:   919-966-1908

RPD 05/12: decision to shorten fellowship and then end fellowship and/or decision to restrict him from seeing patients

| | |
|---|---|
| **From:** | Ulrich, Jan Niklas [jnulrich@med.unc.edu] |
| **Sent:** | 12/16/2022 4:26:42 PM |
| **To:** | Zhang, Yang [alice_zhang@med.unc.edu] |
| **Subject:** | Retina fellow update |

Alice

I want to share issues with the fellow this week as well discussion we had at our meeting today.

On Tuesday he missed two retina tears with a relatively shallow superior retina detachment. After my exam he went back and still was unable to see it. After I treated it with laser he still was not able to see neither tears nor sub retina fluid, just my laser barricade. I am not sure he is able to successfully scleral depress even after 4+ months of fellowship.

I had a 1 hour meeting with him today (12/16/22). I discussed that he still has massive deficiencies and is far behind a fellow at this point both clinically, knowledge wise and especially in the OR. The troubling thing is that he has not caught up or seems to work harder to do so. He repeats to make similar errors despite multiple discussions. As discussed with you, due to his behavior including lack of truthfulness and disrespect you have stopped working with him and do not feel comfortable supervising him in the clinic or OR. I told him given all these facts, I do not think we will be able to train him as competent retina surgeon. Given all his deficiencies, lack of progress, actions causing concern for patient harm and/or litigation and issues with his behavior we have decided to end his position at the end of June 2023. I will try to continue to train him surgically as I deem safe but I have no realistic hopes he will make significant improvement. He will continue all his duties including working in clinics and call until then. He told me that he actually has interviewed for several different retina fellowship positions starting in July and asked if I would support his application. He also asked if he potentially could leave before July which I agreed to.
He repeatedly said this entire situation was not at all his fault, it rather was our shortcoming not training him adequately. I reminded him of all the meetings we had over the past 4 + months and all deficiencies documented.

Thanks,

Nick

J. Niklas Ulrich, MD

Vice Chair of Faculty Development
Director, UNC Surgical Vitreo-Retinal Fellowship Program
Associate Professor of Ophthalmology, Vitreo-Retinal Surgery
Adjunct Assistant Professor of Pediatrics
University of North Carolina at Chapel Hill
Department of Ophthalmology
5151 Bioinformatics Bldg CB 7040
Chapel Hill, NC 27599
ph: 919-966-5296
f:   919-966-1908

| | |
|---|---|
| **From:** | Nick Ulrich <jnulrich@ad.unc.edu> |
| **Sent:** | Tue 12/20/2022 8:31:26 PM (UTC-05:00) |
| **To:** | "Rageh, Abdulrahman" <rageh@email.unc.edu> |
| **Cc:** | Yang Zhang <alice_zhang@med.unc.edu>, "Willett, Keirnan" <willettk@email.unc.edu>, "Brewington, Beatrice Yvette" <beatrice_brewington@med.unc.edu> |
| **Bcc:** | "Austen, Gina W" <gina_austen@med.unc.edu>, "Leonard, Bonnie L" <bonnie_leonard@med.unc.edu>, Don Budenz <donald_budenz@med.unc.edu> |
| **Subject:** | Recap of our meeting 12/16 |

Abdu

This is to recap our meeting from December 16, 2022.

As you know we have had multiple informal discussions about your progress and deficiencies along with suggestions for improvement since the beginning of your fellowship in August 2022.

On November 10, 2022, Dr. Zhang, you and I had a meeting discussing specific issues with your performance and behavior.

You started your fellowship far behind your peers in regards to knowledge in both comprehensive ophthalmology and retina, examination skills and surgical skills. There have been multiple instances where your decision making, lack of seeing the patient, and lack of communication with your attending caused or could have caused considerable harm to the patient and potential for malpractice claims. On separate occasions you did not answer your pager at night or did not come to see a postop on the weekend so the resident had to call the attending directly. We repeatedly have to remind you to fulfill your basic retina fellow duties like being thorough when examining patients, calling an interpreter when needed, recording all findings in EPIC and sending us notes of patients seen on call. Our female faculty have reported lack of respect towards them and lack of truthfulness when interacting with them in clinics and OR.

We feel your knowledge of comprehensive ophthalmology and retina as well as examination skills have not significantly improved since August nor are you showing genuine motivation or any concrete plans to improve. In surgery your last relevant experience working under the microscope is 6+years in the past and so we have not seen attempts to improve your skills in the wet lab despite having access there with the residents on a weekly basis. All three of our surgical faculty have individually gone over the foot pedal settings with you in detail and you still were unable to independently operate the scope or vitrectomy machine during your first attempts of a core vitrectomy earlier this month.

Given these significant issues, the retina faculty have unanimously decided that we will not be able to train you to become a competent and successful retina surgeon.

We thus decided to end your fellowship with us on June 30th, 2023. If you prefer ending your fellowship earlier we are willing to accommodate you. I will speak with HR to have your contract modified accordingly. If you accept to stay with us through June I expect you to fulfill all your current responsibilities including taking retina and trauma call, seeing patients in clinic, and participating in lectures and conferences. Dr. Willett and I are willing to have you continue to participate in the operating room and teach you general principles of retina surgery as we see it adequate and safe. Drs. Zhang and Brewington will not participate in your training any longer.

We are willing to provide you with a certificate for a medical retina fellowship for your time with us at UNC. Please let us know your intentions as soon as possible.

Best regards,

Nick



EXHIBIT C

Confidential Subject to Protective Order    UNC_0003179

| | |
|---|---|
| **From:** | Zhang, Yang[alice_zhang@med.unc.edu] |
| **Sent:** | Tue 12/27/2022 8:01:45 AM (UTC-05:00) |
| **To:** | White, Patricia A[pateri@email.unc.edu] |
| **Subject:** | Fwd: Dr Rageh |

Another email re fellow

Get Outlook for iOS

---

**From:** Ulrich, Jan Niklas <jnulrich@med.unc.edu>
**Sent:** Monday, December 26, 2022 8:24:01 PM
**To:** Zhang, Yang <alice_zhang@med.unc.edu>
**Subject:** Dr Rageh

Alice
I wanted to make you aware of another issue that recently cam up with Dr. Rageh.
On Monday 12/19 he was called to come to clinic and see a patient Dr. Brewington had examined with the residents. She had found a tear and some sub retinal fluid and wanted him to laser the tear. When he saw the patient after the OR, he did not appreciate a tear and send the patient home without communicating with either Dr; Brewington or the retina doc on call (you). He brought the patient back the next day to my clinic. There was in fact no tear but he had not even seen the area of concern outlined by Dr. Brewington the day prior. We had a discussion that he absolutely needs to discuss this with a retina attending before sending the patient out. If this patient had progressed to a retina detachment this would have posed a legal risk for delay of treatment. I reiterated that we had discussed very similar issues several times before.
He expressed understanding and did not have a good reason for not contacting anyone.

Best
Nick

J. Niklas Ulrich, MD

Vice Chair of Faculty Development
Director, UNC Surgical Vitreo-Retinal Fellowship Program
Associate Professor of Ophthalmology, Vitreo-Retinal Surgery
Adjunct Assistant Professor of Pediatrics
University of North Carolina at Chapel Hill
Department of Ophthalmology
5151 Bioinformatics Bldg CB 7040
Chapel Hill, NC 27599
ph: 919-966-5296
f:  919-966-1908

EXHIBIT D

**From:** Ulrich, Jan Niklas[jnulrich@med.unc.edu]
**Sent:** Mon 1/2/2023 4:52:24 PM (UTC-05:00)
**To:** Zhang, Yang[alice_zhang@med.unc.edu]
**Subject:** Rageh issues

Alice

This is to recap an issue with Dr. Raheg that happened on 12/21.

He was called to clinic to treat a patient with a retinal tear and limited retinal detachment with laser retinopexy that the resident had seen with Dr. Brewington. When he examined the patient it was after hours and Dr. Brewington had left. He did not see a tear and decided to send the patient home without talking to anyone. He instead advised the patient to return the following day.

When I saw the patient the next day there was a peripheral scar likely from prior traction but not detachment. I had Dr. Rageh reexamine the patient and he was unable to see the area in question even after multiple attempts. We had a long discussion that when he is asked by a faculty member to treat a retinal break ands he is unable to locate it he absolutely needs to call the retina attending on call and ask for help/advise. Had this patient actually had a retina detachment and progressed by the time I saw him this could have become a potential legal issue. He stated it was after hours and he dod not want to call the person on call and admit he was unable to find the break.

Nick


J. Niklas Ulrich, MD

Vice Chair of Faculty Development
Director, UNC Surgical Vitreo-Retinal Fellowship Program
Associate Professor of Ophthalmology, Vitreo-Retinal Surgery
Adjunct Assistant Professor of Pediatrics
University of North Carolina at Chapel Hill
Department of Ophthalmology
5151 Bioinformatics Bldg CB 7040
Chapel Hill, NC 27599
ph: 919-966-5296
f:   919-966-1908

UNC_0003123

**Cc:** Ulrich, Jan Niklas <jnulrich@med.unc.edu>; Zhang, Yang <alice_zhang@med.unc.edu>; Leonard, Bonnie L <bonnie_leonard@med.unc.edu>; Willett, Keirnan <willettk@email.unc.edu>; Winn, Kathryn M. <kmwinn@unc.edu>; White, Patricia A <pateri@email.unc.edu>
**Subject:** Re: Clinical duties

Serious patient safety concerns.

This was the main topic during our hourlong meeting with Dr. Willett on 1/3/23.
There have been multiple and recurrent instances since the beginning of your fellowship until recently, where your decisions, actions, or lack thereof put patient's safety at risk or caused actual harm. Each of those instances have been discussed with you and documented.
As discussed, this is the reason why we are in the process of terminating your fellowship early and why we don't deem it safe for you to continue caring for retina or surgical patients at this point.

Best

JNU


J. Niklas Ulrich, MD

Vice Chair of Faculty Development
Director, UNC Surgical Vitreo-Retinal Fellowship Program
Associate Professor of Ophthalmology, Vitreo-Retinal Surgery
Adjunct Assistant Professor of Pediatrics
University of North Carolina at Chapel Hill
Department of Ophthalmology
5151 Bioinformatics Bldg CB 7040
Chapel Hill, NC 27599
ph: 919-966-5296
f:   919-966-1908



EXHIBIT
1
RAGEH


On Jan 8, 2023, at 11:20 AM, Rageh, Abdulrahman <rageh@email.unc.edu> wrote:

Hi Dr. Ulrich

Can you please explain to me why I am relieved from performing any clinical duties including retina and trauma calls after our last witnessed conversation?

EXHIBIT E

Thanks,
Abdu

**From:** Abdulrahman Rageh <dr.rageh@gmail.com>
**Sent:** Sunday, January 8, 2023 11:00 AM
**To:** Ulrich, Jan Niklas <jnulrich@med.unc.edu>; Rageh, Abdulrahman <rageh@email.unc.edu>
**Cc:** Zhang, Yang <alice_zhang@med.unc.edu>; Leonard, Bonnie L <bonnie_leonard@med.unc.edu>; Willett, Keirnan <willettk@email.unc.edu>; Winn, Kathryn M. <kmwinn@unc.edu>; Brewington, Beatrice Yvette <beatrice_brewington@med.unc.edu>

**Subject:** Re: Clinical duties

Hello Dr. Ulrich,

I did not expect your disapproval of my right to complain about what I believe I am exposed to. I expect to continue all my duties and training, including clinical, surgical, and on-call responsibilities.

I'm afraid I have to disagree with the personal leave, but I understand I have no choice here.

In the meantime, I'll continue whatever you'd like me to do.

Best regards,
Abdu

On Sun, Jan 8, 2023 at 10:00 AM Ulrich, Jan Niklas <jnulrich@med.unc.edu> wrote:
Hi Abdu
I wanted to confirm what we discussed - that for now you are relieved from performing any clinical duties including retina and trauma call.
The exception is your comprehensive fellow clinic once a week which you will continue.
We also expect you to continue to help teach our residents by leading the Thursday morning imaging conferences as usual.
I hope you can use this extra administrative time to work on your presentations, research or for studying.

Best

Nick

J. Niklas Ulrich MD

Vice Chair of Faculty Development
Director, UNC Surgical Vitreo-Retinal Fellowship
Associate Professor of Ophthalmology, Vitreo-Retinal Surgery
Adjunct Assistant Professor of Pediatrics
University of North Carolina at Chapel Hill
Department of Ophthalmology
5151 Bioinformatics Bldg CB 7040
Chapel Hill, NC 27599
ph: 919-966-5296
f:   919-966-1908

UNC_0000632

| From: | Moody, Paul (DPH)[paul.moody@mass.gov] |
|---|---|
| Sent: | Tue 12/19/2023 9:57:39 AM (UTC-05:00) |
| To: | dr.rageh[dr.rageh@gmail.com]; White, Patricia A[pateri@email.unc.edu] |
| Cc: | Budenz, Don[donald_budenz@med.unc.edu]; Ulrich, Jan Niklas[jnulrich@med.unc.edu]; MARIE A. MYATT[marie.myatt@eeoc.gov] |
| Subject: | RE: MA forms |

Some people who received this message don't often get email from paul.moody@mass.gov. Learn why this is important

Hello Dr. Rageh,

They can actually mail the forms directly to the address in my signature. Thank you, and please let me know if you have any further questions.

Best regards,

Paul Moody
Board of Registration in Medicine
178 Albion Street, Suite 330
Wakefield, MA 01880

When writing or responding, please remember that the Secretary of State's Office has determined that email is a public record

**From:** Abdulrahman Rageh <dr.rageh@gmail.com>
**Sent:** Sunday, December 17, 2023 6:40 PM
**To:** White, Patricia A <pateri@email.unc.edu>
**Cc:** Budenz, Don <donald_budenz@med.unc.edu>; Ulrich, Jan Niklas <jnulrich@med.unc.edu>; MARIE A. MYATT <marie.myatt@eeoc.gov>; Moody, Paul (DPH) <paul.moody@mass.gov>
**Subject:** Re: MA forms

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Would you please update me on the MA verification forms required by the MA medical board?

FYI, The form should be completed and MAILED TO ME IN A SEALED ENVELOPE AS OUTLINED IN THE FORM.

Paul; Would you please confirm?

Thanks,
AR

On Wed, Nov 15, 2023 at 6:10 PM Abdulrahman Rageh <dr.rageh@gmail.com> wrote:
  3013 Barrybrook CT, Springfield IL 62702
  Please let me know if you have any questions
  Thnx

**EXHIBIT F**

AR


Sent from my iPhone


---------- Forwarded message ---------
From: **Abdulrahman Rageh** <dr.rageh@gmail.com>
Date: Wed, Nov 15, 2023 at 8:44 AM
Subject: Re: MA forms
To: Ulrich, Jan Niklas <jnulrich@med.unc.edu>
CC: Budenz, Don <donald_budenz@med.unc.edu>, MARIE A. MYATT <marie.myatt@eeoc.gov>, Michael Elliot <michaelelliot@emplawfirm.com>


Here is a signed fellowship verification form
Thnx

On Tue, Nov 14, 2023 at 3:04 PM Abdulrahman Rageh <dr.rageh@gmail.com> wrote:
 Dr. Ulrich

 Please see below

 Please fill out the attached forms of MA fellowship verification and keep me posted.

 Thnx


 Sent from my iPhone


 ---------- Forwarded message ---------
 From: **Budenz, Don** <donald_budenz@med.unc.edu>
 Date: Tue, Nov 14, 2023 at 3:02 PM
 Subject: Re: MA forms
 To: dr.rageh <dr.rageh@gmail.com>
 CC: MARIE A. MYATT <marie.myatt@eeoc.gov>, Michael Elliot <michaelelliot@emplawfirm.com>


 This needs to be filled out by the Program Director according to the form. Please ask Dr Ulrich.

 Thanks,

 Don

 Please forgive any unusual words my phone comes up with.

---

**From:** Abdulrahman Rageh <dr.rageh@gmail.com>
**Sent:** Tuesday, November 14, 2023 3:29:59 PM
**To:** Budenz, Don <donald_budenz@med.unc.edu>
**Cc:** MARIE A. MYATT <marie.myatt@eeoc.gov>; Michael Elliot <michaelelliot@emplawfirm.com>
**Subject:** MA forms

Hi

Please complete MA fellowship verification forms and forward to the MA medical board.
Please keep me posted

Thanks,
AR

NC_0001698

| | |
|---|---|
| **From:** | Budenz, Don[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED21E5CD283C4159890FA5405CAA62AB-DON BUDENZ] |
| **Sent:** | Wed 9/13/2023 9:12:31 AM (UTC-04:00) |
| **To:** | Ulrich, Jan Niklas[jnulrich@med.unc.edu] |
| **Subject:** | FW: MD Application |
| **Attachment:** | Archive Sep 12, 2023 (1).pdf |

Hi Nick,

Here is the actual form, he sent it in a second email.
Thanks,
Don

**From:** Abdulrahman Rageh <dr.rageh@gmail.com>
**Sent:** Wednesday, September 13, 2023 9:04 AM
**To:** Budenz, Don <donald_budenz@med.unc.edu>; Ulrich, Jan Niklas <jnulrich@med.unc.edu>
**Cc:** MARIE A. MYATT <marie.myatt@eeoc.gov>; Michael Elliot <michaelelliot@emplawfirm.com>
**Subject:** Re: MD Application

The TN fellowship verification form is attached and needs to be completed as soon as possible. Please complete the attached form and forward it to Jeffrin Zachariah. See below!
AR

On Wed, Sep 13, 2023 at 8:03 AM Abdulrahman Rageh <dr.rageh@gmail.com> wrote:
The TN fellowship verification form is attached and needs to be completed as soon as possible. Please complete the attached form and forward to Jeffrin Zachariah. See below!
AR

---------- Forwarded message ---------
From: **Jeffrin Zachariah** <Jeffrin.Zachariah@tn.gov>
Date: Tue, Sep 12, 2023 at 3:55 PM
Subject: MD Application
To: Abdulrahman Rageh <dr.rageh@gmail.com>

Hello Dr. Rageh

Upon review your file is missing post graduate training verification, please have North Carolina Chapel Hill send us this information by completing the form in the link https://www.tn.gov/content/dam/tn/health/healthprofboards/medicalexaminers/Verification%20of%20Post%20Graduate%20Training.pdf. This needs to be added to your file prior to the board meeting on September 26th. This can be emailed back to me directly.

Warm Regards
**Jeffrin Zachariah**| Administrative Services Assistant III
Health Licensure and Regulation
Metro Center, 2nd Floor
Board of Medical Examiners

RPD 03/11: documents provided to other medical boards and why they were delayed

665 Mainstream Drive, Nashville, TN 37243
p. 615-532-4384 f. 615-253-4484
jeffrin.zachariah@tn.gov
www.tn.gov/health

NC_0001614

**ATTACHMENT 2**

**TENNESSEE BOARD OF MEDICAL EXAMINERS**
**(800) 778-4123, ext. 532-4384 or (615) 532-3202, ext. 532-4384**

**VERIFICATION OF POSTGRADUATE MEDICAL TRAINING**

**APPLICANT**: Provide the information requested in the top box and then mail this form to each institution in which you received any postgraduate medical training. If additional forms are required, copy this one.

**Institution Administration:** I am applying for a Tennessee medical license and hereby authorize you to release any and all information in your files concerning my medical training. I was in training at your institution as follows:

**Applicant's name:** _Rageh_      _Abdulrahman_      _Khamiss_
(Last)                      (First)                (Middle/Maiden)

**Name of Institution:** _UNC-chapel Hill_  **Program Title:** _Surgical Retina_

_Rageh_                                      _9/12/2023_
Applicant's Signature                         Dates

**THIS PORTION IS TO BE COMPLETED BY THE TRAINING PROGRAM'S ADMINISTRATIVE OFFICE**

Please complete (including questions) and return to:      State of Tennessee
Board of Medical Examiners
665 Mainstream Drive
Nashville, TN 37243

|  | CIRCLE ONE |
|---|---|

Is your training program currently ACGME approved?          Yes   No

Was the above program LCME/ACGME approved at the time the applicant completed training?   Yes   No

Were there any adverse charges or actions taken during the residency?          Yes   No
      If yes, please attach supporting information and/or documentation.

Would you recommend the applicant for licensure?          Yes   No

Did the applicant successfully complete the program?          Yes   No

The applicant attended the program from _____ to _____. I certify that the information on this form is true and correct.
                                   (Mo/Yr)         (Mo/Yr)

_____          _____
      Program Director's/Dean's Signature          Date

Subscribed and sworn before me this the ____ day of _____, _____.

_____
      Notary Public                               (Affix Seal Here)

My Commission Expires:

PH-4183(Rev.02/17)                                        RDA 10137