**In the Matter Of:**

Rageh vs UNC, et al.

---

**YANG ZHANG, M.D.**

*February 17, 2026*

---

EXHIBIT 5



INFO@NCDEPO.COM   1-919-557-4640

DEPOSI–TIONS, INC.

WWW.NCDEPO.COM

1000 N. MAIN ST., SUITE 215, FUQUAY VARINA, NC 27526

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

DURHAM

Civil No. 1:24-CV-336

Abdulrahman Rageh,                    )

      Plaintiff,                  )

v.                                    )

University of North Carolina at       )

Chapel Hill, Jan Niklas Ulrich,       )

Alice Zhang, and Donald Budenz in     )

their official capacities,            )

      Defendants.                 )

_____

DEPOSITION OF YANG "ALICE" ZHANG, M.D.

10:01 A.M.

_____

Chapel Hill, North Carolina

Tuesday, February 17, 2026

Reported By:  Marta J. Charles

Case 1:24-cv-00336-CCE-JEP     Document 68-5     Filed 03/13/26     Page 2 of 11

Rageh vs UNC, et al.
ZHANG, M.D., YANG on 02/17/2026

Page 2

A P P E A R A N C E S:


Representing Plaintiff:

MADISON LAW, PLLC

BY:   KIRTON M. MADISON, ESQUIRE

8936 Northpointe Executive Park Drive, Suite 240-260

Huntersville, North Carolina 28078

(704) 981-2790

kmadison@madlawpllc.com

and

BYNDON LAW

BY:   POTSO BYNDON, ESQUIRE

2016 Fowler Avenue

Omaha, Nebraska 68110

(402) 570-1287

potso@byndonlaw.com


Representing Yang "Alice" Zhang, M.D.:

THE CONNOR LAW FIRM, PLLC

BY:   GREGORY S. CONNOR, ESQUIRE

5511 Capital Center Drive, Suite 180

Raleigh, North Carolina 27606

(919) 237-9220

gconnor@connorlaw.com

Case 1:24-cv-00336-CCE-JEP    Document 68-5    Filed 03/13/26    Page 3 of 11

Rageh vs UNC, et al.
ZHANG, M.D., YANG on 02/17/2026

Page 3

A P P E A R A N C E S:    (Cont.)


Representing all Defendants:

NORTH CAROLINA DEPARTMENT OF JUSTICE

BY:   LINDSAY VANCE SMITH, ESQUIRE

114 West Edenton Street

Raleigh, North Carolina 27603

(919) 716-6065

lsmith@ncdoj.gov


Representing Defendant University of North Carolina

at Chapel Hill:

THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

OFFICE OF UNIVERSITY COUNSEL

BY:   ZACH PADGET, ESQUIRE

123 West Franklin Street, Suite 600A

Chapel Hill, North Carolina 27516

(919) 843-8245

padget@unc.edu


Also Present: Kelly Gallagher, law student intern

Dr. Rageh, via Zoom connection

Case 1:24-cv-00336-CCE-JEP    Document 68-5    Filed 03/13/26    Page 4 of 11

Rageh vs UNC, et al.
ZHANG, M.D., YANG on 02/17/2026

Page 4

INDEX


EXAMINATIONS


Examination                                              Page

Direct examination by Mr. Byndon                          6

Cross-examination by Ms. Smith                           123


EXHIBITS


Exhibit Number        Description                        Page


Exhibit 31 Email: Mr. Liu, Dr. Zhang                     64

Exhibit 32 Email: Mr. Jamison, Dr. Zhang                 66

Exhibit 33 Dr. Rageh's curriculum vitae                  75

Exhibit 34 Timeline of emails from Rageh,                88
            with attachments

Exhibit 35 Dr. Zhang's telemedicine visit               102
            progress notes

www.NCDepo.com                Depositions, Inc.
info@NCDepo.com          Serving all of North Carolina          (919) 557-4640

This is the deposition of YANG "ALICE" ZHANG, taken pursuant to Notice of the parties and in accordance with the North Carolina Rules of Civil Procedure, before Marta J. Charles, Court Reporter and Notary Public for the State of North Carolina, at the University of North Carolina at Chapel Hill, Office of University Counsel, 123 West Franklin Street, Suite 600A, Chapel Hill, North Carolina, on the 17th day of February, 2026, beginning at 10:01 a.m.

The reading and signing of this transcript is reserved.

Case 1:24-cv-00336-CCE-JEP    Document 68-5    Filed 03/13/26    Page 6 of 11

P R O C E E D I N G S

\* \* \* \* \* \* \* \* \* \*

_____

YANG "ALICE" ZHANG, M.D.,

having first been duly affirmed,

was examined and testified as follows:

_____

DIRECT EXAMINATION BY MR. BYNDON:

Q.      Good morning, Ms. Zhang.

A.      Good morning.

Q.      Could you please state your name for the record.

A.      Yang Zhang.

Q.      Zhang is how you pronounce it?

A.      Mm-hm.

Q.      Okay.  Thank you.

MR. BYNDON:  Counsel, could you note your appearance?

MS. SMITH:  Yeah.  Lindsay Smith for all defendants.

MR. CONNOR:  Greg Connor on behalf of Dr. Zhang.

MR. PADGET:  Zach Padget for UNC Chapel Hill.

MR. BYNDON:  Thank you.

Case 1:24-cv-00336-CCE-JEP    Document 68-5    Filed 03/13/26    Page 7 of 11

Q.     (By Mr. Byndon)  My name is Potso Byndon. I represent Dr. Rageh with regards to a lawsuit that he's filed against UNC.

For background, have you been deposed before?

A.     In a personal capacity, no.

Q.     In what sort of capacity have you been deposed?

A.     As a physician for a patient case.

Q.     How many times have you been deposed?

A.     One time.

Q.     Are you familiar with kind of what a deposition is?

A.     I have some expectations, yes.

Q.     Okay.  So this is just an opportunity for me to ask you questions with regards to the lawsuit that Dr. Rageh has filed.  As you can see, it's very informal.  There's no jury, there's no judge, just me asking you simple questions about the lawsuit that he has filed against UNC, and against you, and against, I believe, Dr. Ulrich.

So, obviously, the formal rules of evidence and things like that don't apply.  But you are under oath.  Therefore, you're subject to perjury.  Do you understand that?

Case 1:24-cv-00336-CCE-JEP    Document 68-5    Filed 03/13/26    Page 8 of 11

A.     I don't currently remember.

Q.     Okay.

A.     Hm-mm.

Q.     Doctor, let's discuss an incident.  Do you recall an incident where one of Dr. Rageh's patients sustained a cut?

A.     That was one of my patients.

Q.     Okay.  Okay.  Tell me about that.

A.     This was a case in the operating room.  I was performing -- planning on performing surgery on this patient under anesthesia.  Dr. Rageh was prepping and draping the patient, which means cleaning the face with a antiseptic solution, and then placing a sterile plastic drape over the area of the face that we're operating on.

And then you have to cut this area open, because it's one continuous piece of plastic tape, so you apply scissors to open it.

Q.     Okay.

A.     He was doing this while I was getting -- what we call scrubbing in, which means cleaning your hands with antiseptic solution and placing a sterile gown on you to get ready to operate.

And when I sat down to look at the area that was draped, and with the opening of the

Case 1:24-cv-00336-CCE-JEP     Document 68-5     Filed 03/13/26     Page 9 of 11

drape itself, I saw blood.  And when I looked further, I saw a cut made with, probably, scissors, if I had to guess, over the patient's eyelid.

Q.    Okay.  And what did you do?

A.    I was very surprised, actually shocked, because I had never heard of this occurring anywhere at any point during my training.  I did not realize that this occurred.

Because, usually, when an error is made, if the fellow did it, they should be reporting that to me before I discover it for myself.  So there was no reporting of a problem.

Q.    Okay.

A.    And then I sat down and said, oh, my goodness, you cut the eyelid.

Q.    Okay.  Sorry to interrupt.  When you said "you cut the eyelid," who were you talking about?

A.    Rageh.

Q.    Okay.  Okay.  So you -- you knew it was him?

A.    He was, I believe, the only trainee -- or actually, only other doctor who was scrubbed in.

Q.    Okay.

A.    The step is done in a sterile fashion, so it would not have been anyone else in the room that's

potentially a physician.  And this step is also not typically done by any nonphysician.  So it would be this person who was draping the patient.

Q.    Okay.  So you're -- it's safe to say that you're confident that it was Dr. Rageh who did that?

A.    Yes.

Q.    Okay.  And you take patient safety very seriously, don't you, Doctor?

A.    Correct.

Q.    Okay.  Are you familiar with the SAFE Reporting System?

A.    Correct.

Q.    Are you familiar with it?

A.    I am.

Q.    Okay.  Tell me about it.

A.    It is a system where patient errors or near misses, anything that can impact patient safety, can be reported through an anonymous portal.

Q.    Okay.  And you're familiar with how to use that system?

A.    I know where to find the button --

Q.    Okay.

A.    -- to click.

Q.    Not something that requires a lot of brain power to do it, if that makes sense.  Right?  It's

Case 1:24-cv-00336-CCE-JEP    Document 68-5    Filed 03/13/26    Page 11 of 11