IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM
Civil No.  1:24-CV-336

ABDULRAHMAN RAGEH,

    Plaintiff,

vs.

UNIVERSITY OF NORTH CAROLINA
AT CHAPEL HILL, JAN NIKLAS
ULRICH, ALICE ZHANG, and
DONALD BUDENZ in their
official capacities,

    Defendants.

/

DEPOSITION
Taken on behalf of the Plaintiff of
CHRISTOPHER JAMISON
Chapel Hill, North Carolina
December 10, 2025
10:53 a.m.

Reported by:  Lisa M. Boyd, RPR, CMRS
Job No. 7030773-001

EXHIBIT 6

Case 1:24-cv-00336-CCE-JEP    Document 68-6    Filed 03/13/26    Page 1 of 34

A.   To the best of my knowledge, it could have been around that time, but, again, that's handled by a separate part of the office.

Q.   So do you send out the notice of investigation to the parties?

A.   I do not.

Q.   Does that come from your office?

A.   Yes.

Q.   Do you remember when you were notified about Dr. Rageh's investigation?

A.   I don't recall.

Q.   Based off of this document, this investigative report, to the best of your knowledge, would you agree that Dr. Rageh submitted this complaint in December 2022?

MR. PADGET:  Objection.  If you know the answer, you can answer it.

THE WITNESS:  Well, actually I want to ask for clarification.  The EEOC or the EOC?

MR. MADISON:  The EOC.

THE WITNESS:  Can you repeat the question?

BY MR. MADISON:

Q.   To the best of your knowledge, Dr. Rageh contacted UNC by December 2022?

A.   I don't specifically recall, but that sounds

correct.

Q.   Between December 2022 and May 18, 2023, it's about, give or take, five months, correct?

A.   Yes.

Q.   So do you know why the investigation took five months to conclude?

MR. PADGET:  Objection, form.  You can answer.

THE WITNESS:  I am -- I mean, I don't recall specifically why this took five months.  What I can tell you is that we also have a caseload, so.

BY MR. MADISON:

Q.   Were you investigating another claim at that time?

MR. PADGET:  Objection.  You can answer.

THE WITNESS:  Yes, absolutely.  There were other investigations that were going on.

BY MR. MADISON:

Q.   Were you investigating another claim?

A.   There were other investigations that were going on, so yes.

Q.   You're not aware of the reasons for the delay?

MR. PADGET:  Objection.

THE WITNESS:  Specifically I'm not aware of the specific reasons for the delay.

BY MR. MADISON:

Case 1:24-cv-00336-CCE-JEP   Document 68-6   Filed 03/13/26   Page 3 of 34

**EXHIBIT**    **1**
Witness: C. Jamison
Date: 12/10/25
Stenographer: Lisa M. Boyd, RPR, CMRS



## ***CONFIDENTIAL***
## INVESTIGATION REPORT

**To:** Elizabeth Hall, Associate Vice Chancellor for Equal Opportunity and Compliance/Title IX Coordinator

**From:** Chris Jamison, Equal Opportunity and Compliance Investigator
Ellen Maxfield, Equal Opportunity and Compliance Investigator[1]

**Re:** Allegations of Discrimination by Dr. Abdu Rageh involving Dr. Alice Zhang and Allegations of Discrimination and Retaliation by Dr. Abdu Rageh involving Dr. Niklas Ulrich

**Date:** May 18, 2023

---

This investigation report addresses potential violations of The University of North Carolina at Chapel Hill ("University")'s *Policy on Prohibited Discrimination, Harassment and Related Misconduct* ("Policy"). Specifically, the report addresses allegations by Dr. Abdulrahman Rageh ("Reporting Party") that Dr. Niklas Ulrich ("Responding Party Ulrich") violated Section III.A.1 ("Discrimination") and violated Section III.D.2 ("Retaliation") of the Policy; and that Dr. Alice Zhang ("Responding Party Zhang") violated Section III.A.1 ("Discrimination") of the Policy. The report includes the following sections: (I) procedural history; (II) factual history; (III) sources of information; (IV) interview summaries; (V) relevant Policy provisions; (VI) findings and analysis; (VII) determination; and (VIII) recommendations.

## I. PROCEDURAL HISTORY

On February 22, 2023, the EOC Office sent the Reporting Party and Responding Party Ulrich written Notices of Investigation ("Notice") via e-mail.

The Notice contained allegations of potential violations of discrimination and retaliation under the Policy. The Notice stated that the EOC Office would conduct an investigation and explained that the correspondence constituted a formal charge of possible violations of the Policy.

Specifically, the Notice stated the following allegations would be investigated:

1. On or about December 2022, in the course of his employment in the UNC Department of Ophthalmology, Responding Party Ulrich attempted to end the Reporting Party's fellowship and attempted to modify the Reporting Party's duties based on his age.

---

[1] The EOC Office initially assigned EOC Investigators Chris Jamison and Jackie Feeney to investigate the allegations. Subsequently, on February 14, 2023, Ms. Feeney was replaced in the investigation by Ellen Maxfield, EOC Investigator.

Exhibit 20

**EXHIBIT**

1

The Notice specified this alleged conduct could constitute violation of Section III.A.1 ("Discrimination") of the Policy.

2. On or around January 5, 2023, in the UNC Department of Ophthalmology, Responding Party Ulrich removed the Reporting Party from performing clinical duties, including retina and trauma call, because the Reporting Party reported Responding Party Zhang's and Responding Party Ulrich's conduct to the UNC EOC Office

The Notice specified this alleged conduct could constitute violation of Section III.D.2 ("Retaliation") of the Policy

On February 22, 2023, the EOC Office also sent a Notice of Investigation to Responding Party Zhang. Specifically, the Notice of Investigation to Responding Party Zhang stated the following allegation would be investigated:

1. In or around November 2022, in the course of her employment in the UNC Department of Ophthalmology, Responding Party Zhang refused to work with and/or train the Reporting Party based on his age.

The Notice specified this alleged conduct could constitute violation of Section III.A.1 ("Discrimination") of the Policy.

The Notices also advised the parties that Karlina Matthews, Associate Dean for Administration in UNC School of Medicine, would serve as the Administrative Advisor in this matter.

## II. FACTUAL HISTORY

On August 1, 2022, the Reporting Party began employment as a Retina Surgical Fellow at the University in the Department of Ophthalmology in the School of Medicine. Responding Party Ulrich, Professor of Ophthalmology and Director of University Vitreo-Retinal Fellowship Program, was his supervisor. Responding Party Zhang, Assistant Professor of Ophthalmology, provided surgical training to the Reporting Party as part of the fellowship. The fellowship was originally set to end in July 2024.

On September 7 Responding Party Ulrich documented concerns about the Reporting Party's performance in emails. (*See* Appendix E.)

On September 9, October 14, November 4, 2022, Responding Party Zhang documented concerns about the Reporting Party's performance in emails. (*See* Appendix E.)

On November 15 and 25, 2022, Dr. Willett documented concerns about the Reporting Party's performance in emails. (*See* Appendix G.)

Exhibit 20

On December 12, 2022, Dr. Beatrice Brewington documented concerns about the Reporting Party's performance. (*See* Appendix H.)

On December 12, 2022, Responding Party Ulrich documented additional concerns with the Reporting Party's performance. (*See* Appendix E.)

On December 16, 2022, Respond Party Ulrich and the Reporting Party spoke with each other. Responding Party Ulrich and the Reporting Party disagree as to whether this conversation occurred via phone or in-person.

On December 19, 2022, the Reporting Party hand-delivered a letter to Responding Party Ulrich.[2] In his letter, the Reporting Party stated he was "the subject of discrimination and bullying by [Responding Party Zhang]."

On December 20, 2022, Responding Party Ulrich sent an email to the Reporting Party stating that the Reporting Party's fellowship would end on June 30, 2023. (*See* Appendix F.)

On December 21, 2022, the Reporting Party saw a patient who was identified by an attending physician as having a retina tear and retinal detachment. Responding Party Ulrich stated the Reporting Party saw the patient but was unable to locate the retinal tear and sent the patient home without speaking to an attending physician. Responding Party Ulrich shared that he spoke to the Reporting Party about asking for assistance when he was unable to locate the tear the attending physician identified. (*See* Appendix E.)

On December 22, 2022, Dr. Willett sent an email to the Reporting Party thanking him for his help with an operative note. Dr. Willett shared that the Reporting Party's note was of "poor quality" Dr. Willett wrote that the note contained "many details that were incorrect," including the Reporting Party noting that local anesthesia instead of general anesthesia was used during a procedure, omitting a procedure performed, omitting the name of an assistant, and misstating what wound closure method was used. (*See* Appendix G.)

On December 31, 2022, the Reporting Party sent an email response to Responding Party Ulrich's December 16, 2022 email stating the Reporting Party disagrees with Responding Party Ulrich's decision to end his fellowship in June 2023. Additionally, the Reporting Party asked to complete the full term of his fellowship and asked that Responding Party Ulrich work with him to support a plan for his training. (*See* Appendix F)

On January 1, 2023, Responding Party Ulrich sent an email to Gina Austen, with the School of Medicine Human Resources, stating that while he had originally communicated plans to Human Resources to end the Reporting Party's fellowship in June 2023, he now wanted the Reporting Party's fellowship be terminated immediately. Responding Party Ulrich shared that there "had been another patient safety concern" and that the Reporting Party "showed absolutely no understand that . . . deficiencies and issues" had been discussed with the Reporting Party. Responding Party Ulrich also stated the Reporting

---

[2] *See* Appendix D.

Exhibit 20

Party made statements that "[Responding Party Zhang] was discriminatory against him." (*See* Appendix F.)

On January 3, 2023, Ms. Austen responded to Responding Party Ulrich's January 1, 2023 email about the Reporting Party's immediate termination. Ms. Austen stated she was putting together a timeline of events involving the Reporting Party and recommending to the School of Medicine Employee and Management Relations and the EHRA Non-Faculty office that the Reporting Party's separation from employment be immediate.

On January 4, 2023, Patty White, Employee Relations Manager, emailed Responding Party Ulrich to inform him that the Reporting Party had been in contact with EOC, pausing the process for the Reporting Party's immediate termination. Ms. Austen also responded to Responding Party Ulrich's January 1, 2023 email to inform Responding Party Ulrich that the Reporting Party filed a complaint with the EOC Office. Additionally, Ms. Austen advised Responding Party Ulrich that the Reporting Party's termination has been placed on hold.[3]

On January 4, 2023[4], Responding Party Ulrich and Dr. Willett met with the Reporting Party to discuss the Reporting Party's fellowship status. While Responding Party Ulrich recalled this meeting occurred on January 4, 2023, the Reporting Party indicated he was unsure about the exact date of this meeting, but cited meeting with Responding Party Ulrich during the first week of January 2023.

On January 8, 2023, Responding Party Ulrich sent an email[5] to the Reporting Party and stated the Reporting Party was relieved from performing clinical duties, including retina and trauma call, but would continue to participate in comprehensive fellow clinic and teaching residents.

On February 9, 2023, Responding Party Ulrich sent an email to the Reporting Party regarding the Reporting Party's leave/work status.[6]

On February 20, 2023, Responding Party Ulrich emailed[7] the Reporting Party to confirm his work status because the Reporting Party declined to return to work on February 9, 2023. Responding Party Ulrich asked that the Reporting Party return to work no later than February 21, 2023.

On March 2, 2023, the Reporting Party resigned from his position.[8]

---

[3] *See* Appendix F.
[4] *See* Appendix B.
[5] *See* Appendix A.
[6] *Id.*
[7] *Id.*
[8] *Id.*

Exhibit 20

## III.    SOURCES OF INFORMATION

As part of this investigation, the Investigators communicated via Zoom or by e-mail with the individuals listed below. The Investigators advised all the individuals interviewed about the need to maintain privacy, about prohibited retaliation, and about the need to report retaliation to the EOC Office.

| Name | Title |
| --- | --- |
| Abdulrahman "Abdu" Rageh, Reporting Party | Former University Surgical Vitreo-Retinal Fellow |
| Niklas Ulrich, Responding Party | Director, University Surgical Vitreo-Retinal Fellowship and Professor of Opthalmology |
| Alice Zhang, Responding Party | Assistant Professor, Ophthalmology |
| Kiernan Willett, Witness | Assistant Professor, Ophthalmology |

As a part of the investigation, the Investigators reviewed the following documents:

| Appendix | Document | Provided By |
| --- | --- | --- |
| A | Email correspondence between the Reporting Party and Responding Party Ulrich dated November 2022 to February 2023 | Reporting Party |
| B | Audio recording of January 4, 2023 meeting with the Reporting Party, Responding Party Ulrich and Dr. Willett | Reporting Party |
| C | Letter from the Reporting Party to Responding Party Ulrich dated February 8, 2023 | Reporting Party |
| D | Letter from the Reporting Party to Responding Party Ulrich dated December 19, 2022 | Reporting Party |
| E | Emails dated September 2022 to January 2023 | Responding Party Ulrich |
| F | Emails dated December 2022 to February 2023 between Patty White, Gina Austen, the Reporting Party and Responding Party Ulrich | Responding Party Ulrich |
| G | Emails dated November 2022 to December 2022 from Dr. Kiernan Willett | Responding Party Ulrich |
| H | Email dated December 12, 2022 from Dr. Beatrice Brewington | Responding Party Ulrich |
| I | Emails dated September 2022 to January 2023 | Responding Party Zhang |

Exhibit 20

| J | Risk management email dated November 3, 2022 | Responding Party Zhang |

## IV.  INTERVIEW SUMMARIES

**Interviews with Reporting Party**
**Dates of Interviews: January 31, 2023 & April 12, 2023**

The Reporting Party was a Clinical Fellow ("Fellow") in the UNC Department of Ophthalmology at the time of his interview. The Reporting Party stated he began the fellowship on August 1, 2022 and was scheduled to complete the fellowship in July 2024. The Reporting Party shared that in his role as a Fellow, he is considered a surgical retina trainee. He stated that his duties include assisting attendings in clinics, supervising residents during retina clinics, serving on-call, and teaching residents. The Reporting Party explained that upon the successful completion of the fellowship, he would graduate and receive a certificate for completion of two years as a surgical retina fellow. The Reporting Party stated he reports to Responding Party Ulrich. The Reporting Party knows Responding Party Zhang because she was responsible for training the Reporting Party on retinal surgeries.

The Reporting Party described his experience as "a little bit tough" when he first started the fellowship because he is the only fellow for the Department of Ophthalmology. The Reporting Party shared that he "probably struggled initially in the early couple of weeks in August" when he started the fellowship because he was on-call and was the first contact for emergency department retina cases. The Reporting Party stated he recalled an incident that occurred during the first week of his fellowship in August 2022 where a patient had a disease at the front of their eye. The Reporting Party stated he evaluated the back of the eye using ultrasound and determined there was no evidence of endophthalmitis. The Reporting Party stated that when the glaucoma physician performed surgery on the patient later, the physician determined that the patient had endophthalmitis in the back of eye. The Reporting Party stated both Responding Parties Ulrich and Zhang thought this was a "weird" case.

The Reporting Party stated that "two weeks later," he received "rough treatment" from Responding Party Zhang.  He shared that Responding Party Zhang was "shouting" at and harassing him, which he stated Responding Party Ulrich witnessed. The Reporting Party shared that he also had to take orders from residents while Responding Party Zhang ignored the Reporting Party. The Reporting Party recalled an incident in December 2022 where he saw a patient in the emergency department who needed an injection into the eye. The Reporting Party stated he waited almost one hour before the resident came to him and stated the resident would perform the injection. The Reporting Party stated the resident also told the Reporting Party that Responding Party Zhang said the Reporting Party could leave. The Reporting Party stated he recalled another incident where he had to see a patient a day after the patient had surgery. The Reporting Party explained that the patient arrived at the eye center, and the Reporting Party was "like five to ten minutes late." The Reporting Party stated he called the resident, Dr. Vikram Ponnusamy, to let

Exhibit 20

him know he was on his way to the eye center. The Reporting Party shared that Dr. Ponnusamy spoke with Responding Party Zhang and Responding Party Zhang told Dr. Ponnusamy that the Reporting Party "can leave" and "doesn't [have] to see the patient." The Reporting Party stated Dr. Ponnusamy called the Reporting Party to let him know he did not need to see the patient.

The Reporting Party explained that Responding Party Zhang treated him differently in the operating room. The Reporting Party said he "should . . . always [be] the one next to [Responding Party Zhang] in the [operating] room under the microscope" to receive appropriate training, but he was treated "much lower" than the residents. The Reporting Party shared that Responding Party Zhang gave more priority to residents by allowing them to assist with surgeries while he wrote notes regarding the surgery. The Reporting Party noted that if there was "a misspelling or something wrong in the note" he produced, Responding Party Zhang made "a big deal." The Reporting Party stated Responding Party Zhang did have him scrub in to participate in procedures "once or twice." The Reporting Party recalled there was an incident where they performed a laser procedure, and he wrote the note for the procedure. The Reporting Party shared that the note he wrote "was incomplete or was missing the laser part." The Reporting Party said Responding Party Zhang asked him, "How come you had two years [of training] and you can't even write a note?"

The Reporting Party stated in August or September 2022, Responding Party Zhang yelled at him about the placement of a towel near the microscope and vitrectomy machine. The Reporting Party stated the Responding Party "screamed" at him in front of everyone, saying he was "so stupid" because he did not to know how to set up the machine properly. When asked why he believed Responding Party Zhang treated him differently, the Reporting Party replied, "I don't know. I did not know until they decided to terminate my fellowship." The Reporting Party continued, "So for one thing, [Responding Party Zhang] doesn't feel comfortable they want to get rid of me, okay. But at the same time, [Responding Party Ulrich] told me that [Responding Party Zhang] had these concerns about me and . . . they did not even [try] to fix it. I only had one chance." The Reporting Party stated Responding Party Ulrich told him that Responding Party Zhang "had some concerns before [the Reporting Party] even start[ed] the fellowship." The Reporting Party explained the concerns Responding Party Ulrich mentioned to him were related to his age and Responding Party Zhang feeling "uncomfortable" working with him "in the operative room next to her." The Reporting Party did not provide additional information about specific concerns related to his age.

The Reporting Party stated that he, Responding Party Ulrich, and Responding Party Zhang met on November 10, 2022 at which time Responding Party Zhang decided she would no longer work with the Reporting Party. The Reporting Party stated he was not sure why Responding Party Zhang would no longer work with him, but Responding Party Ulrich told him "[Responding Party Zhang] doesn't feel comfortable." He went on to say that Responding Party Ulrich told him Responding Party Zhang "has concerns about my age . . . and [Responding Party Zhang] thinks that . . . I'm being disrespectful to her in one way or another." The Reporting Party stated the Responding Parties told the

Exhibit 20

Reporting Party they had concerns about working with him, including the placement of a towel, items being placed under the table for surgery, the Reporting Party arriving late once, the Reporting Party not responding to the pager twice in August 2022, and placing the wrong stitch in a patient's eye. The Reporting Party stated "I don't recall that I did a wrong stitch, but it's kind of okay still, we can just remove the stitch in the microscope. . . . It's nothing serious." The Reporting Party stated he recalled the surgery where Responding Party Zhang stated he used the wrong stitch was in November 2022. The Reporting Party stated he had not received any documentation of performance concerns before this meeting.

The Reporting Party stated Responding Party Ulrich also told him if Responding Party Zhang continued to not work with the Reporting Party, the Reporting Party would be "let go" from his fellowship. The Reporting Party stated he did not take Responding Party Ulrich's statement seriously as he thought Responding Party Ulrich was "just threatening so [the Reporting Party] can do [his] best." The Reporting Party stated, "Yes, I probably do make mistakes. I did not respond to the pager" once or twice in the beginning of the fellowship. Additionally, the Reporting Party stated that he would sometimes keep a patient's chart open.

The Reporting Party stated that the week after he met with Responding Party Ulrich and Responding Party Zhang, he was "shocked" that he would not be working with Responding Party Zhang. The Reporting Party stated Responding Party Ulrich told him to not go to the operating room with Responding Party Zhang. The Reporting Party stated he never worked with Responding Party Zhang again following his meeting with the Responding Parties on November 10, 2022.

The Reporting Party shared that even though he had not worked with Responding Party Zhang in clinic or the operating room since November 10, 2022, he noticed his fellowship position was posted as vacant in mid-December on the website used to match fellows to fellowship programs. The Reporting Party stated he contacted Responding Party Ulrich via text message[9] and sent Responding Party Ulrich a picture of the fellowship position posting. The Reporting Party stated that in the text message, he also asked Responding Party Ulrich if he planned to terminate him from the fellowship. The Reporting Party explained that Responding Party Ulrich replied that he was considering expanding the fellowship program in July 2023 to include an additional fellow.

The Reporting Party explained that Responding Party Ulrich told him on December 16, 2022 that the program could not train him to be a competent surgeon because he was no longer training with Responding Party Zhang, and he was not getting much exposure to surgeries. The Reporting Party stated that Responding Party Ulrich used this as justification to terminate his fellowship. The Reporting Party stated he responded to Responding Party Ulrich's concerns by insisting that his training be continued even if Responding Party Zhang was unwilling to train him. The Reporting Party stated that Responding Party Ulrich offered to allow him to continue in his fellowship June 2023 and allow him to receive a medical retina certificate as opposed to a surgical retina certificate

---

[9] *See* Appendix A.

Page **8** of **31**

Exhibit 20

Case 1:24-cv-00336-CCE-JEP     Document 68-6     Filed 03/13/26     Page 11 of 34

for completion of two years in the fellowship. The Reporting Party stated he "declined the offer." The Reporting Party shared that while he started the fellowship in August 2022, he did not receive training until December 2022, at which time he was able to "sit under the microscope." The Reporting Party explained that when he had an opportunity to work on a "case," he "was confused with the foot pedal" and was not able to reach the instruments under his foot. The Reporting Party stated retina surgery is "complicated and it takes hundreds of cases for any trainee to get comfortable with it."

The Reporting Party shared that he "raised a complaint to the discrimination office"[10] because he believed that Responding Party Zhang was discriminating against him. The Reporting Party shared that he later had a meeting with Responding Party Ulrich and Dr. Willett on January 5, 2023 where Responding Party Ulrich told the Reporting Party his fellowship was being terminated because he posed a "safety risk to . . . patients." The Reporting Party stated Responding Party Ulrich told the Reporting Party he was able to continue seeing patients in clinic. The Reporting Party explained that he asked Responding Party Ulrich to provide additional information about being a potential safety risk. The Reporting Party stated Responding Party Ulrich replied that he failed to respond to a page "once or twice" in early August, that he did not discuss a patient who needed laser treatment for a retinal tear with an attending physician, and failed to see a patient in the emergency department who presented with eye inflammation. The Reporting Party stated he did not believe he did "anything wrong, but [Responding Party Ulrich] was using those cases or excuses to terminate [his] fellowship." The Reporting Party stated he also remembered having a phone call with Responding Party Ulrich in mid-December 2022 where Responding Party Ulrich told him, "It's going very bad, and we have to let you go."

The Reporting Party shared that in the meeting on January 5, 2023, Responding Party Ulrich told the Reporting Party "he cannot pretend it is cool to work with [the Reporting Party] again after [the Reporting Party] raised this complaint [to the EOC]." The Reporting Party stated Responding Party Ulrich said, "Discrimination is a big deal in the U.S.," and that Responding Party Ulrich told the Reporting Party he did not feel comfortable working with the Reporting Party because the Reporting Party escalated the complaint and asked that he stay home. The Reporting Party clarified that while Responding Party Ulrich initially asked that he stay home "for a few days," Responding Party Ulrich later sent an email to Human Resources asking that they place him on personal leave for two weeks. The Reporting Party stated Responding Party Ulrich also asked that the Reporting Party continue to see patients and teach residents. The Reporting Party explained that he declined Responding Party Ulrich's request that he take leave and chose to stay home until he could contact a healthcare provider who could assist him with his "mental health status" because he was depressed and anxious. The Reporting Party shared that he recorded this conversation with Responding Party Ulrich. The Reporting Party shared that as of the date of the January 31, 2023 interview, he had not returned to work.

When asked if Dr. Willet provided feedback regarding the Reporting Party's performance in the meeting on January 5, 2023, the Reporting Party stated Dr. Willett did not provide

---

[10] The Investigators determined that the Reporting Party was referencing the EOC Office. Records show that the Reporting Party submitted a report to the EOC on December 25, 2022.

Exhibit 20

feedback during the meeting, but did provide him with feedback about his performance via email.[11] The Reporting Party stated he received feedback from Dr. Willett indicating the Reporting Party "forgot to include one of the findings on the imaging" for a patient and that the Reporting Party prescribed "disintegrated" tablets instead of regular tablets for a patient. The Reporting Party added that Dr. Willett believed the Reporting Party prescribed the incorrect tablet dose, but the Reporting Party believed it was "the perfect dose." The Reporting Party stated that these were "silly accusations" used to justify his termination from the fellowship.

When asked if he ever had a conversation with the Responding Parties about his age, the Reporting Party stated Responding Party Zhang did ask him about his age, but the Reporting Party described that as being "normal." Specifically, the Reporting Party stated Responding Party Zhang asked him, "How old are you?" during his first week in the fellowship.

**Interview with Responding Party Ulrich**
**Date of Interview: March 8, 2023 & April 14, 2023**

Responding Party Ulrich was a Professor of Ophthalmology and Director of the Vitreoretinal Fellowship program at the time of his interview. Responding Party Ulrich shared that he reports to Department Chair, Dr. Don Budenz. Responding Party Ulrich stated he directly supervised the Reporting Party beginning in August 2022 until the time that the Reporting Party resigned from the fellowship position on March 20, 2023. Responding Party Ulrich stated the Reporting Party's fellowship was scheduled to end in July 2024. Responding Party Ulrich noted that the person selected for this position is usually "a fully trained ophthalmologist" who may operate in private practice. Responding Party Ulrich explained that the Fellow acts in a "partly independent" manner by taking general trauma call, supervising residents, and seeing patients in addition to being a trainee to become a vitreoretinal surgeon.

With respect to Allegation #1, that he attempted to end the Reporting Party's employment or modify the Reporting Party's duties based on his age, Responding Party Ulrich shared that the Reporting Party's age was not a factor in any plans to modify or terminate the Reporting Party's fellowship. Responding Party Ulrich explained that he was not aware of the Reporting Party's age until the Reporting Party told him that his 40th birthday was "in the last few months." Responding Party Ulrich later clarified that the Reporting Party did not share with him directly that he had a 40th birthday, but the Reporting Party did share this information with Responding Party Zhang. Responding Party Ulrich stated he was unable to remember when Responding Party Zhang shared this information with him, but he believed she may have shared it with him during Fall 2022 when it came up in "normal conversation."

Responding Party Ulrich stated the primary reason for attempting to shorten or terminate the Reporting Party's fellowship was due to "severe patient safety issues" that were "discussed with [the Reporting Party] multiple times during the course of his fellowship."

---

[11] *See* Appendix G.

Exhibit 20

Responding Party Ulrich explained he had conversations with the Reporting Party informally and formally about performance concerns. Responding Party Ulrich stated that "pretty much immediately" after the Reporting Party started the fellowship, there were "multiple instances" of patient safety concerns with the Reporting Party that led to "suboptimal outcomes in patient care." Responding Party Ulrich shared that when these incidents occurred with the Reporting Party, he would provide "immediate feedback to [the Reporting Party]."

Responding Party Ulrich shared that there were instances where the Reporting Party would not answer his pager during overnight hours, did not write post-operative notes, or did not send notes to attending physicians. When asked to provide specific examples of patient safety concerns, Responding Party Ulrich recalled that sometime in August 2022, the Reporting Party was called to the hospital to see a patient who had an infection in his eye. Responding Party Ulrich stated the Reporting Party conducted an ultrasound on the patient and reported the patient had no signs of infection and should continue to use antibiotic eyedrops. Responding Party Ulrich shared that when his colleague, Dr. David Fleischman, performed a cataract surgery on the patient, the patient's lens had become "cloudy" and puss was "gushing" from the patient's eye. Responding Party Ulrich stated this type of infection "doesn't happen overnight. So, it clearly had been there." Responding Party Ulrich stated that the "biggest issue with this specific instance is that [the Reporting Party] never told anyone about this patient" or spoke with his supervising faculty about the patient.

Responding Party Ulrich stated there was another incident in August 2022 where the Reporting Party saw a patient who presented with a retinal detachment. Responding Party Ulrich explained that, when a patient experiences macular detachment, surgery is generally conducted "the same day or next day just to preserve vision." Responding Party Ulrich stated the Reporting Party did not inform him about this patient's condition until "more than twenty-four hours later" in a text message, where the Reporting Party told Responding Party Ulrich that the Reporting Party told the patient to return to Responding Party Ulrich's office the following week. Responding Party Ulrich stated he told the Reporting Party this situation would be one which would require operating "right away" and the Reporting Party replied, "Oh . . . I wasn't aware of this." Responding Party Ulrich shared this incident "led to a suboptimal outcome" because of the Reporting Party's delay in reporting the patient's condition.

Responding Party Ulrich stated he and Responding Party Zhang met with the Reporting Party on November 10, 2022 to discuss patient safety concerns, lack of clinical knowledge and "issues with [the Reporting Party's] professionalism that led to [their] decision to . . . terminate his [fellowship]." Responding Party Ulrich shared that they also discussed how the Responding Parties believed the Reporting Party "lie[d] to the attendings" because the Reporting Party would not complete tasks such as writing post-operative notes or conduct complete patient exams. Responding Party Ulrich noted that he perceived that during the conversation, the Reporting Party would not "take responsibility for things that clearly didn't go well." Responding Party Ulrich stated he and Responding Party Zhang told the Reporting Party that his performance would need to improve and made

Exhibit 20

suggestions on how he could make improvements. Responding Party Ulrich explained that Responding Party Zhang shared that she no longer felt comfortable working with the Reporting Party in the operating room because she was not able to trust the Reporting Party to complete basic tasks. Responding Party Ulrich explained that he informed the Reporting Party that he would no longer work with Responding Zhang and would be working with Responding Party Ulrich and Dr. Willett to complete the remainder of his training.

When asked for specific examples related to why Responding Party Zhang no longer wanted to work with the Reporting Party, Responding Party Ulrich explained the Reporting Party would not complete post-operative notes, conduct thorough patient exams in clinic, or call for an interpreter when interacting with a Spanish-speaking patient. Responding Party Ulrich noted these concerns were documented in emails[12] between the Responding Parties. Responding Party Ulrich stated he told the Reporting Party that he would no longer be working with Responding Party Zhang during the meeting on November 10, 2022. When asked if he ever had any conversations with the Reporting Party about Responding Party Zhang being uncomfortable about the Reporting Party's age, Responding Party Ulrich replied, "Zero."

Responding Party Ulrich stated that after the meeting on November 10, 2022 there were "multiple further significant patient safety concerns," and the Reporting Party's performance was not improving. Responding Party Ulrich explained the Reporting Party made decisions that were "incorrect" and never informed the attending physicians about those decisions. Responding Party Ulrich shared that because the Reporting Party's performance had not improved, he spoke with his Department Chair, Dr. Don Budenz on December 12, 2022[13] to inform him of the Reporting Party's performance and ongoing concerns with patient safety. Responding Party Ulrich stated it was at this point that he began discussing the possibility of terminating the Reporting Party's fellowship with Dr. Budenz. Responding Party Ulrich stated that he attempted to find a "middle ground" by planning to shorten the length of the Reporting Party's fellowship from two years to one year. Responding Party Ulrich also submitted documentation to indicate he began working to contact Human Resources when he contacted Bonnie Leonard, University Program Specialist on December 12, 2022 to inquire about the logistics of shortening the Reporting Party's fellowship.[14]

Responding Party Ulrich stated he met with the Reporting Party on December 16, 2022 to discuss the Reporting Party's lack of improvement related to performance and ongoing concerns about patient safety and professionalism. Responding Party Ulrich stated he told the Reporting Party that he was "just not performing the basic duties of [his] fellowship" and that he did not think it was "safe" to have the Reporting Party continue serving as a fellow. Responding Party Ulrich stated he told the Reporting Party that he made the decision to shorten his fellowship to one year, ending in June 2023.

---

[12] *See* Appendix E.
[13] *See* Appendix F.
[14] *Id.*

Exhibit 20

Responding Party Ulrich stated he also told the Reporting Party that because his fellowship term was being shortened, it would be a "basic medical retina fellowship."

Responding Party Ulrich stated that, following his meeting with the Reporting Party on December 16, 2022, the Reporting Party gave him a "two-page letter"[15] on December 19, 2022 stating that Responding Party Zhang was discriminating against him and treating him unfairly. Additionally, Responding Party Ulrich shared that the Reporting Party's letter "outlined things that [the Reporting Party] felt were unjust [or] unfair towards [the Reporting Party]." During his interview with Investigators, Responding Party Ulrich did not mention he saw the Reporting Party's letter as a report to the EOC. Additionally, the Reporting Party stated he thought the contents of the Reporting Party's letter were about Responding Party Zhang not treating the Reporting Party "nicely" and that Responding Party Zhang was "being a bit tough" to the Reporting Party.

Responding Party Ulrich noted that there was "another serious patient safety concern" on December 19, 2022[16] following his conversation with the Reporting Party on December 16, 2022. Responding Party Ulrich stated on December 19, 2022, Dr. Beatrice Brewington saw a patient she identified as having a retinal tear and asked the patient to return to the clinic for laser treatment. Responding Party Ulrich stated Dr. Brewington left the clinic and the Reporting Party examined the patient, but was unable to find a retinal tear. Responding Party Ulrich stated the Reporting Party did not contact Responding Party Ulrich as the on-call attending physician and sent the patient home. Responding Party Ulrich stated he determined that while the patient did not have a retinal tear, the Reporting Party had examined the wrong area of the eye. Responding Party Ulrich stated Human Resources also advised him that because there were documented patient safety concerns involving the Reporting Party, they recommended that the Reporting Party be relieved of all duties that posed risk to patients.

In his email[17] to Responding Party Zhang documenting this incident, Responding Party Ulrich stated he was aware of the incident because Responding Party Ulrich examined the patient the next day in clinic with the Reporting Party. Responding Party Ulrich explained that once Human Resources reviewed the documentation related to the Reporting Party's performance, they advised Responding Party Ulrich that there was "easily . . . enough proof" to terminate the Reporting Party's fellowship contract.

Responding Party Ulrich stated that on January 1, 2023, he sent an email[18] to Gina Austen, Human Resources Consultant from School of Medicine Human Resources sharing that he continued to have concerns about the Reporting Party's performance and wanted to terminate the Reporting Party immediately. Specifically, Responding Party

---

[15] See Appendix D.

[16] The Investigators note that Responding Party Ulrich refers to this incident occurring on December 19, 2022 in his interview but documents that the incident occurred on December 21, 2022 in his email to Responding Partying Zhang on January 2, 2023. The Investigators determined Responding Party Ulrich was referring to the same incident based on his description of events.

[17] See Appendix E.

[18] See Appendix F.

Exhibit 20

Ulrich mentioned that there was an additional patient safety concern[19] that occurred and that the Reporting Party "showed absolutely no understanding that . . . deficiencies and issues" had been discussed with the Reporting Party. Responding Party Ulrich stated that he learned the Reporting Party had filed an EOC complaint on January 3, 2023 when Ms. Austen and Ms. White emailed[20] Responding Party Ulrich to inform him that the Reporting Party's termination would be placed on hold due to the EOC complaint.

Responding Party Ulrich stated he and Dr. Willett met with the Reporting Party on January 4, 2023 to tell the Reporting Party that Responding Party Ulrich continued to have concerns about the Reporting Party's performance related to patient safety and would be relieving him from all job duties that may pose risk to patients. Responding Party Ulrich explained to the Reporting Party that they were "actively in the process of terminating the Reporting Party due to ongoing patient safety concerns." Responding Party Ulrich stated he told the Reporting Party that he was still able come to clinic and see patients with him, but the Reporting Party would not serve on call, supervise residents, or see patients by himself. Additionally, Responding Party Ulrich stated he told the Reporting Party to go on leave until matters were resolved with his termination. Responding Party Ulrich clarified that Human Resources later told him that he was not allowed to place the Reporting Party on leave and should relieve the Reporting Party of any job responsibilities that involve "patient risk."

Responding Party Ulrich shared that he emailed[21] the Reporting Party on January 8, 2023 to provide clarification on taking leave. When asked if he ever discussed the EOC complaint with the Reporting Party in the January 4, 2023 meeting, Responding Party Ulrich stated he told the Reporting Party he was aware that the Reporting Party filed an EOC complaint, but his termination "had nothing to do with" the complaint. Responding Party Ulrich later clarified that he told the Reporting Party the termination was "on hold due to [the Reporting Party's] claims to the EOC." Responding Party Ulrich stated the Reporting Party then expressed concerns that he was experiencing retaliation and discrimination. In response to the Reporting Party's concerns, Responding Party Ulrich shared he told the Reporting Party, "If you feel that someone is retaliating against you . . . or discriminating . . . against you, by all means, please do whatever you need to do." Responding Party Ulrich stated he also provided the Reporting Party with the option to resign.

When asked if he ever told the Reporting Party he was uncomfortable working with him because he filed a report with the EOC, Responding Party Ulrich stated, "None of us were comfortable working with [the Reporting Party] at this point" because of the patient safety concerns. Responding Party Ulrich acknowledged that he may have discussed that it felt "weird" working with the Reporting Party given the circumstances. Responding Party Ulrich emphasized that the decision to terminate the Reporting Party's fellowship

---

[19] The Investigators determined Responding Party Ulrich was referring to the December 21, 2022 incident he documented in an email to Responding Party Zhang based on what he shared during his interview.
[20] *See* Appendix F.
[21] *See* Appendix F.

Exhibit 20

immediately was discussed on January 1, 2023,[22] prior to Responding Party Ulrich becoming aware that the Reporting Party filed an EOC complaint, which he stated was documented in emails to Ms. Austen.

Responding Party Ulrich stated that shortly after his conversation with the Reporting Party on January 4, 2023, the Reporting Party said he was "unable to work . . . and he applied for ADA."[23] Responding Party Ulrich explained the Reporting Party had not returned to work as of the date of this interview. Responding Party Ulrich stated that all performance concerns related to the Reporting Party were documented in emails he sent to his colleagues.

When asked if he ever had a conversation with Responding Party Zhang about the Reporting Party's age prior to the Reporting Party starting the fellowship, Responding Party Ulrich replied, "I mean, I'm sure we talked about it when we saw his application . . . . he had a X amount of years gap in there, so he's probably X amount . . . of years old." When asked if he ever mentioned this conversation to the Reporting Party, Responding Party Ulrich replied, "I'm not sure, I don't know."

Responding Party Ulrich shared that at the time he and the other faculty made the decision to select the Reporting Party for the Fellowship, they had questions about the Reporting Party's training because he did not receive training in the United States and there was a gap in time between the completion of his residency and the fellowships he previously completed.  Responding Party Ulrich stated they "alleviated [their] concerns" by contacting the physician with whom the Reporting Party completed his last ocular oncology fellowship.

**Interview with Responding Party Zhang**
**Date of Interview: March 10, 2023**

Responding Party Zhang shared that she was an Ophthalmologist and Assistant Professor in the UNC Department of Ophthalmology at the time of this interview. Responding Party Zhang stated she has served in this role for over five years. Additionally, Responding Party Zhang stated she is the residency program director and reports to Dr. Don Budenz. Responding Party Zhang stated she knows Responding Party Ulrich because they are colleagues. Responding Partying Zhang shared that she knows the Reporting Party because he was the retina fellow, and she participated in training the Reporting Party.

With respect to Allegation #1, that Responding Party Zhang refused to work with the Reporting Party based on his age, Responding Party Zhang stated she "never made any comment to [the Reporting Party] . . . [regarding his age.]"  Responding Party Zhang stated that any evaluations she conducted of the Reporting Party were based on his level of competence, professionalism, negligence, and potential risk to patient care. She

---

[22] *Id.*
[23] The Investigators determined Responding Party Ulrich was referring to accommodations under the Americans with Disabilities Act through the EOC.

Exhibit 20

stated, "There has never been any discrimination against [the Reporting Party] based on age." Responding Party Zhang stated she believed she had some of the earliest insight into surgical concerns with the Reporting Party because she may have been the only person teaching the Reporting Party surgery from August 2022 to November 2022.

Responding Party Zhang stated she was informed of the Reporting Party's candidacy for the fellowship after Responding Party Ulrich said he believed the Reporting Party would "be a good candidate" for the fellowship. Responding Party Zhang stated she first met the Reporting Party on Zoom "shortly after [the Reporting Party] was going to be offered this position." Responding Party Zhang shared that she recalled the Zoom interview with the Reporting Party was "positive" and that the Reporting Party "seemed eager" for the fellowship. Responding Party Zhang stated she and Responding Party Ulrich discussed that the Reporting Party was a "nontraditional candidate" given that the Reporting Party had not taken the usual path from undergraduate studies, medical school, residency, and then straight to a fellowship.

Responding Party Zhang stated the Reporting Party started the fellowship in August 2022. Responding Party Zhang explained that when she started working with the Reporting Party, she noticed the Reporting Party's progress "was not as good as [she] expected." Responding Zhang shared, "There were instances where [the Reporting Party] made up details about a patient's care, even when [the Reporting Party] didn't know the answer." Responding Party Zhang stated the Reporting Party also attempted to blame a resident for the incident. Responding Party Zhang stated he told the Reporting Party it was important that he take responsibility and not be dishonest or make up details.

When asked to provide specific examples, Responding Party Zhang stated there was an incident in August 2022 where the Reporting Party saw a patient with retinal detachment overnight with a resident. Responding Party Zhang stated the Reporting Party called her the next morning to inform her that the patient needed to be added to her case. Responding Party Zhang said that when she asked the Reporting Party to tell her about the patient, the Reporting Party "described a thirty-five-year-old woman who had superior retinal detachment." Responding Party Zhang stated that when she later arrived in the operating room to treat the patient, she did not recognize the patient because the Reporting Party provided the incorrect age. Responding Party Zhang stated that when she confronted the Reporting Party about the error, he replied, "She looked thirty-five to me." Responding Party Zhang stated she told the Reporting Party he needed to be sure to verify the age of the patient because it determines the type of surgery the patient receives. Responding Party Zhang further explained that "in this case, it would've changed entirely the type of surgery I was planning over a detail that . . . was easily verifiable in the [patient] chart." Responding Party Zhang stated the Reporting Party blamed the resident for providing him with the wrong information.

Responding Party Zhang recalled another incident in September 2022[24] where she asked the Reporting Party to conduct a post-operative assessment of a patient to test visual acuity. Responding Party Zhang noted that it is important to measure visual acuity one

---

[24] *See* Appendix E.

Exhibit 20

day after surgery to check for issues that may show the patient needs to urgently return to surgery. Responding Party Zhang stated the Reporting Party conducted the exam and stated that "everything's great" with the patient. Responding Party Zhang stated that she opened the patient's chart and saw the Reporting Party had written that the patient's visual acuity was "count fingers, which means [the patient was] unable to see the [eye] chart . . .which is poor vision." Responding Party Zhang stated she found this odd because she expected the patient to do well after surgery. Responding Party Zhang stated when she asked the Reporting Party if he "pulled up the eye chart" during the patient exam, he replied, "I don't know how to open up the projector, so I didn't do that." Responding Party Zhang stated she told the Reporting Party that he did not conduct a complete exam because he did not use the eye chart.

Responding Party Zhang reported that in September 2022, the Reporting Party told her that he conducted an ultrasound on a patient but was unable to "diagnose a specific type of cataract on ultrasound. Responding Party Zhang stated she asked the Reporting Party to show her the information from the ultrasound. Responding Party Zhang stated she looked at the information and determined that the lines the Reporting Party was using to diagnose a cataract "were actually artifacts of the ultrasound probe and not a lens."

Responding Party Zhang stated that in September 2022, she wrote in an email[25] to Responding Party Ulrich that stated while the Reporting Party " has some knowledge" of ophthalmology," it "was very hit or miss." Responding Party Zhang stated she also shared the concern about the visual acuity test with Responding Party Ulrich because it was an indication that the Reporting Party was not "doing his due diligence in finding out the most accurate information." Responding Party Zhang stated Responding Party Ulrich shared with her that he noticed "a lot of deficiencies" with the Reporting Party in August 2022.[26]

Responding Party Zhang stated she also received a complaint from a patient that the Reporting Party did not introduce himself or sanitize his hands before interacting with the patient for a post-operative visit. Responding Party Zhang stated the Reporting Party also handed post-operative instructions to the patient's family member and told them to read it and let the Reporting Party know if they had any questions. Responding Party Zhang stated she told the Reporting Party directly that this was not the way to provide proper care for patients.

Responding Party Zhang stated that by October 2022, she wrote an additional email[27] to Responding Party Ulrich because she then identified "clinical knowledge deficiencies, difficulty following some instruction, and professionalism issues" with the Reporting Party. In her email, Responding Party Zhang told Responding Party Ulrich about another incident on September 29, 2022 involving a post-operative patient the Reporting Party saw in clinic. Responding Party Zhang explained the Reporting Party examined the patient "with one form of lens and not another form of a lens," which was important to capture "the peripheral areas of the retina." Responding Party Zhang stated she was able

---

[25] *Id.*
[26] *Id*.
[27] *Id.*

Exhibit 20

to determine the Reporting Party did not use the appropriate lens because the lens was not in the exam room when she went into the exam room after the Reporting Party had exited the exam room. Responding Party Zhang stated that when she asked the Reporting Party why he did not use the right lens to conduct a thorough examination, the Reporting Party replied, "There wasn't one in the room." In addition to this incident, Responding Party Zhang stated she noticed the Reporting Party was having difficulty with workflow during clinic and was having difficulty remembering to update exam and progress notes. Responding Party Zhang stated that even though she had conversations with the Reporting Party, she did not notice any significant improvement in the Reporting Party's performance.

Responding Party Zhang stated she documented an additional incident in October 2022 where the Reporting Party performed a laser procedure on patient. Responding Party Zhang noted she was not present when the Reporting Party performed the procedure, but she later learned that the Reporting Party used an excessive amount of laser based on photographs she saw. Responding Party Zhang stated she showed the Reporting Party pictures of areas where he used laser excessively. Responding Party Zhang explained that given the Reporting Party had already completed a medical retina fellowship, she felt this incident demonstrated "a certain lack of clinical prowess or competence with a laser procedure."

Responding Party Zhang stated in October 2022, she sent an email[28] to Responding Party Ulrich stating the Reporting Party was having difficulty remembering the first "major step of retina surgery," which she described as "placing three ports" that must be arranged in a particular order. Responding Party Zhang stated she asked the Reporting Party to study the microscope and foot pedals used for conducting procedures. Responding Party Zhang explained she discussed with the Reporting Party the importance of ensuring he is able to maintain control over the microscope. Responding Party Zhang stated the Reporting Party was having difficulty "accurately naming the functions of the various buttons" on the microscope. Responding Party Zhang stated she told Responding Party Ulrich that the Reporting Party was "performing way below the level of where [she] would expect a fellow to be in October." Responding Party Zhang stated she also noticed concerns with the Reporting Party completing operative notes. Responding Party Zhang stated she provides a standard template to fellows, but the Reporting Party was "never really able to get the operative notes quite right." Responding Party Zhang stated that the errors she saw in the Reporting Party's notes included documenting the wrong form of anesthesia to failing to complete operative notes. Responding Party Zhang emphasized that these operative notes are important because they are "legally binding documents" that document "exactly what occurred in surgery." Responding Party Zhang stated she confronted the Reporting Party on several surgical cases to ask the Reporting Party if he completed operative notes and the Reporting Party admitted that he did not complete the notes.

---

[28] *Id.*

Exhibit 20

Responding Party Zhang stated she sent an email[29] to Responding Party Ulrich on November 4, 2022 with additional concerns about the Reporting Party's performance. Responding Party Zhang explained there were "several issues of major concern" described in the email, including a patient safety event. Responding Party Zhang shared the Reporting Party was not present to set up surgeries and "skipped out" on seeing a post-op patient, only informing Responding Party Zhang afterwards that he had a personal obligation.

Responding Party Zhang stated she also had an issue when allowing the Reporting Party to close surgery ports on a patient because the Reporting Party used incorrect sutures on closure. Responding Party Zhang explained that while she was not able to tell the difference in the sutures initially during the surgery, another fellow, Dr. Samantha Sauerzopf, who was present for the procedure asked the Reporting Party about the use of the particular suture. Responding Party Zhang stated the Reporting Party ignored Dr. Sauerzopf's concerns. Responding Party Zhang stated that when she questioned the Reporting Party about his use of nylon sutures the day after the surgery, the Reporting Party denied using the incorrect sutures. Responding Party Zhang explained that "it was really concerning to [her] that [the Reporting Party] either did not pay attention that these were not the same consistent type of suture or that [the Reporting Party] wasn't able to recognize that there may be some limitations and ask for help." Responding Party Zhang shared that she later followed up with Dr. Sauerzopf via text message[30] to see if she witnessed the concern with the sutures. In her text message,[31] Responding Party Zhang asked Dr. Sauerzopft if she "happen to pay attention to what sutures [the Reporting Party] used." Dr. Sauerzopf replied, "so [the Reporting Party] used a nylon one for one of them…when [the Reporting Party was doing it I asked him did he want vicryl for the one and he said no. The rest he used vicryl."[32]

Responding Party Zhang stated there was another issue involving the Reporting Party that led to the risk management department contacting her on November 3, 2022 about the Reporting Party draping a patient.[33] Responding Party Zhang stated the Reporting Party needed to use scissors to cut open the surgical drape to allow access to the eyelids and the eyes. Responding Party Zhang stated the Reporting Party accidentally cut the patient's eyelid when cutting the drapes. Responding Party Zhang stated a "Safe Report" was filed, and the risk management department contacted her after the incident. Responding Party Zhang shared that because Safe Reports are anonymous, she was unsure who filed the report. Responding Party Zhang stated that when she confronted the Reporting Party about this incident, he did not "admit to the mistake, and he just remained silent for the entire case."

Responding Party Zhang stated she also had concerns about the Reporting Party failing to communicate about consults and surgeries because the Reporting Party would often

---

[29] *Id.*
[30] *See* Appendix I.
[31] *Id.*
[32] *Id.*
[33] *See* Appendix J.

Exhibit 20

communicate after the patient left the clinic. Responding Party Zhang shared she also heard the Reporting Party failed to answer his pager while on call, "which constitutes negligence and unprofessionalism."

Responding Party Zhang stated she met with the Reporting Party and Responding Party Ulrich on November 10, 2022 to discuss concerns about continuing to train the Reporting Party. She noted that she asked Responding Party Ulrich to mediate the conversation because he is the fellowship director. Responding Party Zhang stated she shared with the Reporting Party that there were "a series of problems and issues . . . now leading [her] to not be able to continue to train [the Reporting Party]." Responding Party Zhang stated she shared that she feared that the Reporting Party could harm one of her patients in clinic or in the operating room. Responding Party Zhang also shared that she was worried about the harm the Reporting Party already caused to her patients. Responding Party Zhang stated that in response to her sharing her concerns with Responding Party Ulrich and the Reporting Party, the Reporting Party "initially had wanted to just figure out a way to appease [her]." When asked to provide additional information about the Reporting Party wanting to appease her, Responding Party Zhang stated Responding Party Ulrich had previously shared with her that the Reporting Party asked Responding Party Ulrich if the Reporting Party could take Responding Party Zhang to dinner. Responding Party Zhang stated the Reporting Party thought she was "personally angry at [the Reporting Party]," but she had no personal concerns with the Reporting Party. Responding Party Zhang stated her concerns were "purely out of concerns for [her] patients." Responding Party Zhang explained that prior to the November 10, 2022 meeting, she did not believe the Reporting Party realized "there were all these mistakes or issues."

Responding Party Zhang stated that during the conversation on November 10, 2022, the Reporting Party mentioned he felt she had not treated him well. Responding Party Zhang mentioned the Reporting Party expressed concerns that she was "very aggressive with [the Reporting Party]" and that she had shouted at the Reporting Party. Responding Party Zhang stated she always has a professional relationship with trainees. She noted that her expectations for fellows are different than expectations for residents because residents have not completed their "full training in ophthalmology." Responding Party Zhang stated fellows have completed their training, and she expects fellows to act "like junior attendings" because fellows supervise residents. Responding Party Zhang stated Responding Party Ulrich suggested that the Reporting Party take a break from working with the Reporting Party and she agreed with Responding Party Ulrich's suggestion. Responding Party Zhang shared that after the November 10, 2022 meeting, the Reporting Party worked solely with Responding Party Ulrich and Dr. Willett. She noted she had minimal interactions with the Reporting Party.

When asked if she and Responding Party Ulrich ever had a conversation about the Reporting Party's age, Responding Party Zhang replied, "We did not." Additionally, she stated that she and Responding Party Ulrich "don't typically have a habit of discussing personal details about fellows." Responding Party Zhang stated she became aware of the Reporting Party's age because the Reporting Party "mentioned at one point in the

Page **20** of **31**

Exhibit 20

operating room that it was his birthday." She stated she did not recall the date or the month this conversation occurred, but she recalled telling the Reporting Party happy birthday. Responding Party Zhang stated she and Responding Party Ulrich also did not have any conversations about the Reporting Party's age prior to the Reporting Party starting the fellowship. Responding Party Zhang stated she documented the Reporting Party's clinical deficiencies by sending emails to Responding Party Ulrich outlining her concerns.

**Interview with Kiernan Willett**
**Date of Interview: April 4, 2023**

Dr. Willett served as an Assistant Professor of Ophthalmology at the University at the time of his interview. Dr. Willett stated he has served as the Assistant Professor since October 2021 and reports to Department Chair, Don Budenz. Dr. Willett explained that he knows the Reporting Party because the Reporting Party was the Retina Surgical Fellow in his department. Dr. Willett stated he knows the Responding Parties because they are his coworkers.

Dr. Willett shared that he first began working with the Reporting Party in August 2022 when the Reporting Party started his fellowship. Dr. Willett stated he worked with the Reporting Party to train him on multiple topics, including conducting surgery and prescribing treatments. Dr. Willett explained that he, Responding Parties Zhang and Ulrich, and Dr. Brewington "were very concerned about [the Reporting Party's] level of preparedness in his job duties." Dr. Willett stated they decided the Reporting Party was not "ready for the level of responsibility that [the fellowship] required." Dr. Willett stated that he and other attendings discussed the Reporting Party's performance deficiencies and the duties the Reporting Party "[was not] able to do . . . to the level of standards that [they needed]." Dr. Willett noted he was unable to recall when he first had a conversation with other attendings about the Reporting Party's performance. Dr. Willett shared that one of the concerns the attending physicians had about the Reporting Party was the Reporting Party was not consistently informing the attending physicians of issues in a timely manner related to treatment.

Dr. Willett explained that he and other attendings were attempting to "mentor [the Reporting Party] and help him get to the appropriate level, but it wasn't clear whether [the Reporting Party] was going to be able to do it or not." Dr. Willett stated that as more time passed during the Reporting Party's fellowship, "it was clear" that the Reporting Party was not able to perform at the appropriate level. Dr. Willett stated that between August 2022 and November 2022, the Reporting Party once saw a patient in clinic with a retinal tear. Dr. Willett stated that retinal tears should be treated "right away" given the high risk for retinal detachment. Dr. Willett stated the patient had "two small tears in the retina" and the Reporting Party told him about the patient and conducted an examination of the patient. Dr. Willett stated the Reporting Party "lasered one of the tears, which was probably insignificant, and then completely forgot the other tear, which was significant."[34] Dr. Willett shared that if the Reporting Party forgot about or did not see the other tear, the

---

[34] *See* Appendix G.

Page **21** of **31**

Exhibit 20

Case 1:24-cv-00336-CCE-JEP     Document 68-6     Filed 03/13/26     Page 24 of 34

patient is at risk "for having a bad outcome." Dr. Willett stated he reported this incident to Responding Party Ulrich and had a conversation directly with the Reporting Party. Dr. Willett shared that he told the Reporting Party that it was "important to not miss a retinal tear." Dr. Willett stated that in response, the Reporting Party "seemed to understand that he missed the retinal tear" and said he was "sorry for missing it."

Dr. Willett stated there were many examples of the Reporting Party making "clinical judgement errors." Dr. Willett explained that the Reporting Party was "slow at picking up and remembering details" of the step the Reporting Party was taught in the operating room. Dr. Willett stated he was also aware that Responding Party Zhang had concerns about the Reporting Party's performance in the operating room. Dr. Willett stated Responding Party Zhang told him about an incident where the Reporting Party made a "small cut" on a patient while cutting open the surgical drape. Dr. Willett stated he believed Responding Party Zhang asked the Reporting Party if he noticed the cut, and the Reporting Party did not acknowledge that he made an error. Dr. Willett shared that he was aware that Responding Party Zhang did not want to continue working with the Reporting Party because Responding Party Zhang told Dr. Willett the Reporting Party "didn't have a good enough background in surgery, and wasn't learning fast enough, and mainly because of [the Reporting Party's] attitude about . . . how [the Reporting Party] interpreted his mistakes." Dr. Willett stated that his personal experience with the Reporting Party during surgery was that his performance was "below average." Specifically, Dr. Willett noted the Responding Party was below average when conducting an "endolaser" procedure because the Reporting Party was unable to maintain good control over the instruments.

Dr. Willett stated that he, Responding Party Ulrich, and Responding Party Zhang met together between September 2022 and November 2022 to discuss their concerns with the Reporting Party's deficiencies. Dr. Willett explained that the goal of the meeting was "to try to decide if [the Reporting Party] continue [the fellowship] or not." Dr. Willett stated that he and the Responding Parties discussed the Reporting Party's performance and concerns. Dr. Willett shared that they also discussed whether the Reporting Party "could be supervised, and do some of the tasks" and if the Reporting Party would successfully graduate from the fellowship. Dr. Willett stated that they also discussed whether they would be able to "endorse [the Reporting Party] for jobs" and say the Reporting Party was "fully and adequately trained to be a full-fledged retinal surgeon." Dr. Willett shared that they also discussed the potential of the Reporting Party continuing the fellowship until July 2023. Dr. Willett stated it was up to Responding Party Ulrich to make the decision about the continuation of the Reporting Party's fellowship.

Dr. Willett shared that he and Responding Party Ulrich met with the Reporting Party in January 2023 to tell the Reporting Party "that it wasn't worthwhile to continue [the fellowship.]" Dr. Willett stated that he and Responding Party Ulrich told the Reporting Party "he wasn't quite a good match" for the fellowship position. Dr. Willett said that it was his impression that the Reporting Party did not understand the conversation was about his professional performance because the Reporting Party "was convinced it was related to [the Reporting Party's] relationship with [Responding Party Zhang.]" Dr. Willett

Exhibit 20

explained that he learned the Reporting Party had concerns about Responding Party Zhang discriminating against the Reporting Party because the Reporting Part sent an email saying Responding Party Zhang discriminated against and bullied him.

Dr. Willett noted that this conversation was primarily led by Responding Party Ulrich. When asked if the EOC complaint was discussed during the conversation, Dr. Willett stated that he believed Responding Party Ulrich "had heard about the complaint at that point in time. And he just encouraged [the Reporting Party] to pursue that, if he wanted to pursue that." When asked if he recalled if Responding Party Ulrich mentioned being uncomfortable working with the Reporting Party because of the EOC complaint, Dr. Willett replied, "[Responding Party Ulrich] said, it's uncomfortable. [Responding Party Ulrich] didn't say it was related to the EOC complaint." Dr. Willett further explained that the situation was uncomfortable because they have to provide care to patients, and they were unable to trust the Reporting Party. Dr. Willett stated that at the end of the conversation, they agreed that the Reporting Party would not return to the clinic "immediately, or ever, necessarily." Dr. Willet explained he and Responding Party Ulrich were not sure exactly what should happen next with regards to the Reporting Party's status in the fellowship and told the Reporting Party to stay home until they figured out the next steps. When asked if he was ever aware of any conversations related to the Reporting Party's age, Dr. Willett stated he was unable to recall any conversations.

Dr. Willett stated the Reporting Party wrote an email to multiple individuals where the Reporting Party accused Responding Party Ulrich and Responding Party Zhang of "bullying and discriminating against him."

## V. RELEVANT UNIVERSITY POLICY

The Policy prohibits "all forms of discrimination and harassment based on an individual's protected status." (Policy § III.A.)

The Policy prohibits discrimination, "meaning any unlawful distinction, preference, or detriment to an individual as compared to others that is based on an individual's protected status and is sufficiently serious to unreasonably interfere with or limit . . . . an employee's . . . access to employment or conditions and benefits of employment (e.g. . . advancement, assignment) ." (Policy § III.A.1)

The Policy prohibits all forms of Retaliation.  (Policy § III.D.2.)

"Retaliation" is defined as "adverse action or attempted action that would discourage a reasonable person from engaging in protected activity. Protected activity includes an individual's actual or perceived . . . participation in the reporting, investigation, or resolution of an alleged violation of this Policy." *Id*. § III.D.2. Retaliation "may include intimidation, threats, coercion, or adverse employment or educational actions." *Id*. § III.D.2.

Exhibit 20

## VI.   ANALYSIS

### A.  Discrimination

Under the Policy's definition of discrimination, the Investigators must first determine whether the Reporting Party suffered an unlawful distinction, preference, or detriment as compared to others, based on his age. Based on the evidence gathered, the Investigators find by a preponderance of the evidence that the Reporting Party did not suffer an unlawful distinction, preference, or detriment, as compared to others, based on his age.

As a threshold matter, based on the Reporting Party's allegations and the Responding Parties' accounts, the Investigators determined by a preponderance of the evidence that the Responding Parties engaged in conduct of a substantially similar nature, and thus, the Investigators consolidated the discrimination analysis below.

Additionally, as an initial matter, based on the evidence gathered there is conflicting evidence as to whether Responding Parties Ulrich and Zhang had actual knowledge of the Responding Party's age (40) or perceived him to be 40 or over. Regardless, for purposes of this section, the Investigators have analyzed the evidence gathered assuming without deciding that Responding Parties Ulrich and Zhang knew the Reporting Party's age and have nonetheless concluded that the Responding Parties did not discriminate against the Reporting Party based on his age for the following reasons.

First, the Investigators find there is insufficient information to conclude by a preponderance of the evidence that the Responding Party Ulrich attempted to end the Reporting Party's fellowship or modify the Reporting Party's fellowship duties based on his age. Additionally, the Investigators find there is insufficient information to conclude by a preponderance of the evidence that Responding Party Zhang refused to work with and/or train the Reporting Party based on his age. Rather, the documentary evidence supports the Responding Parties took actions to address performance concerns and mitigate patient safety risks based on deficiencies the Reporting Party demonstrated during the course of his fellowship. These actions include reassigning the Reporting Party to complete training with Responding Party Ulrich and Dr. Willett on November 10, 2022 and discontinuing the Reporting Party's surgical training with Responding Party Zhang.

The Investigators find that the documentary evidence provided by the Responding Parties demonstrates that the Responding Parties had significant concerns about the Reporting Party's performance dating back to August 2022.[35] On September 7, 2022, Responding Party Ulrich sent an email to Responding Party Zhang citing several performance concerns with the Reporting Party, including the Reporting Party failing to respond to an on-call page on August 9, 2022; the Reporting Party failing to identify endophthalmitis in a patient and failing to consequently discuss the case with an attending physician on August 15, 2022; and the Reporting Party not informing Responding Party Ulrich about a patient whose macula was off until the day after seeing the patient on August 26, 2022.

---

[35] *See* Appendix E.

Page **24** of **31**

Exhibit 20

Case 1:24-cv-00336-CCE-JEP    Document 68-6    Filed 03/13/26    Page 27 of 34

On September 9, 2022, Responding Party Zhang responded to Responding Party Ulrich's email[36] noting several deficiencies she had also observed while working with the Reporting Party in clinic. In her email, Responding Party Zhang noted the Reporting Party did not conduct a thorough patient exam because the Reporting Party "did not know how to turn on the projector and measure the actual visual acuity;" the Reporting Party communicated to Responding Party Zhang that a surgery patient was 35 years old, when the patient was in fact 58 years old; and the Reporting Party incorrectly diagnosed a patient with posterior subcapsular cataract.[37]

On October 14 and November 4, 2022, Responding Party Zhang sent additional emails[38] to Responding Party Ulrich expressing concerns about additional performance issues with the Reporting Party. In her emails, Responding Party Zhang shared that she continued to have concerns about the Reporting Party's ability to conduct thorough patient exams using the appropriate lens, the Reporting Party's use of more laser than necessary in a patient's eye, and the Reporting Party having difficulty naming the functions of the microscope and vitrector pedal in the operating room. Responding Party Zhang also shared the Reporting Party incorrectly used a nylon suture in a patient's eye during surgery. Similarly, Responding Party Ulrich sent two emails[39] to Responding Party Zhang on December 12 and 16, 2022, identifying additional performance concerns with the Reporting Party. The Investigators note that the Responding Parties contemporaneously documented ongoing performance deficiencies and safety concerns with the Reporting Party from August 2022 through January 1, 2023.[40]

Additionally, the documentary evidence shows that other non-Responding Party attending physicians had concerns about the Reporting Party's performance and clinical skills. On November 3, 2022, Responding Party Zhang shared that she received notice that someone in the operating room filed a Safe Report[41] related to the Reporting Party cutting a patient's eyelid while preparing the surgical drapes. Responding Party Zhang shared that Safe Reports are anonymous, and she did not file the report about the incident.

In November and December 2022, Dr. Willett sent the Reporting Party a series of emails highlighting various performance concerns.[42] In his emails, Dr. Willett told the Reporting Party that he missed a lamellar macular hole in a patient's eye, needed to give more attention to detail in operative notes, and incorrectly prescribed medication. On December 12, 2022, Dr. Brewington sent an email[43] to Responding Party Ulrich noting that she observed the Reporting Party "would often write incomplete notes and not include the exam or the diagnosis." Dr. Brewington also shared that the Reporting Party would "often include unnecessary stuff and . . . would leave out key [information]" when writing notes.

---

[36] *Id.*
[37] *Id.*
[38] *Id.*
[39] *Id.*
[40] Id.
[41] *See* Appendix J.
[42] *See* Appendix G.
[43] *See* Appendix H.

Exhibit 20

Dr. Brewington mentioned the Reporting Party "doesn't seem to pick up on things even when told more than once."

Thus, based on the preponderance of the evidence, the Responding Parties have offered a legitimate, non-discriminatory, non-retaliatory reason for their actions.

Next, the Investigators evaluated whether the Responding Parties' performance concerns with the Reporting Party were pretext for terminating the Reporting Party's fellowship. The Investigators determined that the Responding Parties' contemporaneous email documentation in addition to documented complaints from non-Responding Party sources suggest that there is no evidence of pretext. Further, the Investigators found it compelling that the Responding Parties proffered deficiencies to be so severe that they included patient safety concerns, such as using too much laser in a patient's eye, incorrectly suturing a patient's eye, prescribing the wrong medication, and cutting a patient's eyelid unnecessarily.

Additionally, the Investigators noted that the Reporting Party admitted he made clinical errors during his interviews with the Investigators and during his meeting with Responding Party Ulrich and Dr. Willett on January 5, 2023.[44] For example, during his interview with the Investigators, the Reporting Party admitted he failed to respond to on-call pages twice in August 2022. In addition, the Reporting Party also admitted that he prescribed "disintegrated tablets instead of regular tablets" for a patient and "forgot to include one of the findings on the imaging" for a patient. The Reporting Party provided a recording of his meeting with Responding Party Ulrich and Dr. Willett on January 5, 2023. On the recording, the Reporting Party responds to Responding Party Ulrich's concerns by stating, "It's just a training program. I am in training, and I make mistakes." These admissions by the Reporting Party further undermine any argument that the proffered reason was pretext.

For the forgoing reasons, the Investigators find by a preponderance of the evidence that Responding Parties Ulrich and Zhang had legitimate, non-discriminatory reasons to modify and/or terminate the Reporting Party's fellowship duties and discontinue the Reporting Party's surgical training with Responding Party Zhang.

For the reasons mentioned above, the Investigators conclude by a preponderance of the evidence that Responding Party Ulrich and Responding Party Zhang did not violate the Policy.

###### B.    Retaliation

### ANALYSIS

Under the Policy's definition of Retaliation, the Investigators must first determine whether the Reporting Party engaged in protected activity. Based on the evidence gathered, the

---

[44] *See* Appendix B.

Investigators conclude by a preponderance of the evidence that the Reporting Party engaged in protected activity as defined by the Policy. The Policy defines protected activity to include "participation in reporting . . . an alleged violation of the Policy" or expressing "opposition to policies, practices, or actions that the individual reasonably believes are in violation of the Policy." (Policy, § III.D.2.)  Specifically, on December 19, 2022, the Reporting Party hand-delivered a letter[45] to Responding Party Ulrich in which the Reporting Party stated he was "the subject of discrimination and bullying by [Responding Party Zhang]." Additionally, on December 25, 2022, the Reporting Party submitted a report to the EOC Office.  Both actions constitute protected activity under the Policy.

Next, the Investigators considered whether Responding Party Ulrich was aware of the Reporting Party's protected activity. The Investigators find by a preponderance of the evidence that Responding Party Ulrich knew on December 19, 2022 that the Reporting Party participated in protected activity by expressing concerns about discrimination because both Responding Party Ulrich and the Reporting Party agree that the Reporting Party hand-delivered a letter to Responding Party Ulrich on December 19, 2022.[46] The Investigators also find by a preponderance of the evidence that Responding Party Ulrich knew on January 4, 2023 that the Reporting Party had participated in protected activity by making the December 25, 2022 report to the EOC because Responding Party Ulrich received an email from Ms. White on January 4, 2023 notifying him that the Reporting Party contacted with the EOC about concerns of discrimination, thus pausing discussions of the Reporting Party's immediate termination.[47]

Third, the Investigators must determine whether the Reporting Party had suffered "*any adverse action or attempted adverse action* that would discourage a reasonable person from engaging in protected activity." (Policy, § III.D.2. (emphasis added)) The Policy states, "Retaliation may include intimidation, threats, coercion, or adverse employment or educational actions. Retaliation includes maliciously and purposefully interfering with, threatening, or damaging the . . . professional career of another individual." (*Id.*) Based on the evidence gathered, the Investigators conclude by the preponderance of the evidence that the Reporting Party suffered an adverse action when Responding Party Ulrich removed him from his fellowship. As cited above, the Policy provides guidance that adverse actions could include, "adverse employment or educational actions." As Responding Party Ulrich engaged in the most serious adverse employment action (separation), a reasonable person would be discouraged from engaging in protected activity. As such, the Investigators conclude that a dismissal from an employment opportunity is an adverse action as defined by the Policy.

Finally, the Investigators must determine whether the adverse action the Reporting Party suffered was based on the Reporting Party engaging in protected activities. Based on the evidence gathered, the Investigators conclude that there is insufficient evidence to conclude by a preponderance of the evidence that the Reporting Party's dismissal from

---

[45] *See* Appendix D.
[46] *Id.*
[47] *See* Appendix F.

Exhibit 20

his fellowship program was because of his participation in protected activities for the following reasons. The Investigators noted that the temporal proximity between the protected activity on December 19, 2022 and on December 25, 2022 and the adverse action January 4, 2022 raises an inference of causal connection. However, the Investigators find the documentary evidence demonstrates that Responding Party Ulrich continued to have ongoing concerns about the Reporting Party's performance despite multiple efforts to provide the Reporting Party with feedback on his performance, leading to discussions of immediate dismissal.

Specifically, on December 20, 2022, Responding Party Ulrich sent the Reporting Party an email[48] to document a conversation he had with the Reporting Party on December 16, 2022. Responding Party Ulrich wrote that he had "multiple informal discussions" with the Reporting Party about his "progress and deficiencies along with suggestions for improvement." Responding Party Ulrich wrote that because of the Reporting Party's performance deficiencies, his fellowship would end on June 30, 2023. Additionally, Responding Party Ulrich shared that he and Dr. Willett would continue to teach the Reporting Party "general principles of retina surgery as [they] see it adequate and safe." Responding Party Ulrich also stated there were multiple incidents where the Reporting Party's decision-making "caused or could have caused considerable harm to . . . patient[s] or potential for malpractice claims." Responding Party Ulrich became aware of an additional safety concern on December 22, 2022.  According to a January 2, 2023,  email the Reporting Party was called to treat a patient with a "retinal tear and limited detachment" on December 21, 2022, but was unable to locate the tear. Responding Party Ulrich wrote that the Reporting Party sent the patient home without consulting the on-call attending physician. Responding Party Ulrich noted that he became aware of the incident because he saw the patient the next day in clinic with the Reporting Party and had the Reporting Party reexamine the patient.[49] Responding Party Ulrich stated the Reporting Party was "unable to see the area in question even after multiple attempts."  As a result of the additional safety concern on December 21, 2022, Responding Party Ulrich wrote an email[50] to Ms. Austen on January 1, 2023 stating that he made the decision to terminate the Reporting Party immediately, prior to the January 4, 2023 email from Ms. White notifying Responding Party Ulrich of the Reporting Party's December 25, 2022 protected activity. Thus, the Investigators are unable to conclude this decision was based on the December 25, 2022 protected activity, which Responding Party Ulrich learned of on January 4, 2023.

The Investigators also considered whether Responding Party Ulrich accelerated the timeline for terminating the Reporting Party's fellowship based on the Reporting Party's December 19, 2022 protected activity.[51] The Investigators conclude that the preponderance of the evidence gathered suggests that the Reporting Party's immediate

---

[48] *Id.*
[49] *See* Appendix E.
[50] *See* Appendix F.
[51] *See* Appendix D.

Exhibit 20

dismissal from the fellowship on January 1 2023, rather than June 30, 2023, was based on ongoing performance deficiencies and patient safety concerns.[52]

The Investigators note that the temporal proximity between the protected activity on December 19, 2022 and the adverse action on January 1, 2023 raises an inference of potential causal connection. Additionally, the Investigators note that Responding Party Ulrich's January 1, 2023 email in which he states he wants to end the Reporting Party's fellowship specifically says that the Reporting Party made "repeated statements" of being treated unfairly and that Responding Party Zhang discriminated against the Reporting Party. However, the Investigators conclude that the documentary evidence supports Responding Party Ulrich's position that he ended the fellowship due to patient safety concerns and overcomes the inference raised by the temporal proximity and this statement.

First, the evidence shows that there was a documented pattern of concerns about the Reporting Party's performance and patient safety concerns that predates any protected activity. Specifically, on November 10, 2022, both the Reporting Party and Responding Party Ulrich agree that they met with Responding Party Zhang to discuss performance concerns. Responding Party Ulrich also met with the Reporting Party on December 16, 2022 to discuss continued performance concerns. On December 20, 2022, Responding Party Ulrich emailed[53] the Reporting Party to document their December 16, 2022 meeting. In this email, Responding Party Ulrich stated that he and Responding Party Zhang met with the Reporting Party to discuss "specific issues with [the Reporting Party's] performance and behavior." Responding Party Ulrich also stated that he had "multiple informal discussions about [the Reporting Party's] progress and deficiencies along with suggestions for improvement since the beginning of . . . [the] fellowship in August 2022." Responding Party Ulrich noted in his email that the Reporting Party "started [his] fellowship far behind [his] peers in regards to knowledge in both comprehensive ophthalmology and retina, examination skills and surgical skills." Responding Party Ulrich also stated there had been "multiple instances where [the Reporting Party's] decision making, lack of seeing patient[s], and lack of communication with [his] attending caused or could have caused considerable harm to the patient and potential for malpractice claims." Responding Party Ulrich also stated that the Reporting Party's skills had not "significantly improved" since August 2022. Despite ongoing performance concerns, Responding Party Ulrich communicated that the Reporting Party's fellowship would end on June 30, 2023. In his email, Responding Party Ulrich communicated to the Reporting Party that if the Reporting Party decided to stay in his fellowship until June 30, 2023, the Reporting Party was expected to "fulfill all . . . currently responsibilities including taking retina and trauma call, seeing patients in clinic, and participating in lectures and conferences."

---

[52] The Investigators note that the University was closed from December 24, 2022 through January 2, 2023. The Investigators further note that Responding Party Ulrich referenced the delay related to his communications with Human Resources due to the holiday break.

[53] *See* Appendix F.

Exhibit 20

Second, the evidence shows that between Responding Party Ulrich becoming aware of the Reporting Party's December 19, 2022 protected activity and his January 1, 2023 decision to end his fellowship, there were additional patient safety and performance concerns. Specifically, on December 21, 2022, the Reporting Party examined and was unable to find a retinal tear when examining a patient, failed to contact Responding Party Ulrich as the on-call attending physician, and sent the patient home. Additionally, on December 22, 2022,[54] Dr. Willet indicated that the Reporting Party's operative notes contained "many details that were incorrect," including the Reporting Party noting that local anesthesia instead of general anesthesia was used during a procedure, omitting a procedure performed, omitting the name of an assistant, and misstating what wound closure method was used.

Finally, the evidence shows that the decision to terminate the fellowship was the result of these additional patient concerns. Specifically, Responding Party Ulrich stated that after the December 21, 2022 incident, he and Dr. Willett agreed they were unable to have the Reporting Party continue in the fellowship until June 2023. Notably, Dr. Willet was not aware of the Reporting Party's protected activity, which supports the conclusion that the patient care and performance concerns were the reason for the decision, rather than the protected activity. This reason is also documented in Responding Party Ulrich's email to[55] Ms. Austin on January 1, 2023 asking that the Reporting Party's fellowship be immediately terminated. Responding Party Ulrich wrote that there had been "another patient safety concern" and that the Reporting Party "showed absolutely no understand that all of these deficiencies and issues that have been documented and discussed with [the Reporting Party] at length are [the Reporting Party's] problem." Responding Party Ulrich wrote that his department did not believe they could continue training the Reporting Party and "worried about patient safety." Finally, on December 20, 2022, after he became aware of the Reporting Party's December 19, 2022 protected activity, Responding Party Ulrich wrote that he would continue the fellowship until June 30, 2023, further supporting the conclusion that the protected activity was not the reason for the termination and that it was instead the subsequent concerns on December 21 and 22, 2022.

Consequently, the Investigators find there is insufficient information to conclude by a preponderance of the evidence that Responding Party Ulrich retaliated against the Reporting Party for participating in protected activity by expressing concerns about discrimination and engaging with the EOC.

For the reasons mentioned above, the Investigators conclude by a preponderance of the evidence that Responding Party Ulrich did not violate the Policy.

## VII.    DETERMINATION

The Investigators have carefully considered the record including the interview statements of the Reporting Party, the Responding Parties, the witness, and documentary evidence submitted. With respect to Allegations involving Responding Party Ulrich, the

---

[54] *See* Appendix G.
[55] See Appendix F

Exhibit 20

Investigators determined, based on a preponderance of the evidence, that Responding Party Ulrich did not violate the Policy. With respect to the Allegation involving Responding Party Zhang, the Investigators have determined, based on a preponderance of the evidence, that Responding Party Zhang did not violate the Policy.

## VII.    RECOMMENDATIONS

The *Procedures for Reporting and Responding to Complaints of Discrimination, Harassment and Related Misconduct Involving a University Employee as the Responding Party* ("Procedures") provide that "even if the Investigator has found that the Responding Party did not violate the Policy, the Outcome Team may require training or education for the Responding Party." (Procedures § D. 2.) The Investigators recommend Responding Party Ulrich participate in education/coaching related to HR processes and the EOC policy.

Exhibit 20