IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM
Civil No. 1:24-CV-336

| | |
|---|---|
| Abdulrahman Rageh,<br><br>Plaintiff,<br><br>v.<br><br>University of North Carolina at Chapel Hill, Jan Niklas Ulrich, Alice Zhang, and Donald Budenz in their official capacities,<br><br>Defendants. | **JOINT STIPULATION OF DISMISSAL OF DEFENDANT ALICE ZHANG'S COUNTERCLAIMS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Defendant Alice Zhang, Defendant University of North Carolin at Chapel Hill, Defendant Jan Ulrich, Defendant Donald Budenz, and Plaintiff Abdulrahman Rageh, by and through undersigned counsel, hereby stipulate that all of Defendant Alice Zhang's counterclaims, are dismissed with prejudice. The Court retains jurisdiction to award attorneys' fees in its discretion to any party.

Respectfully submitted this 25th day of June 2026.

**JEFF JACKSON**
**Attorney General**

/s/Lindsay Smith
Lindsay Smith
Special Deputy Attorney General
NC State Bar No. 48085
lsmith@ncdoj.gov
NC Department of Justice
PO Box 629
Raleigh, NC 27602
T: (919) 716-6065
F: (919) 716-6764
*Attorney for Defendants*

/s/ Zach Padget
Zach Padget
NC State Bar No. 46610
padget@unc.edu
Office of University Counsel
The University of North Carolina at Chapel Hill
123 W. Franklin St., Suite 600A
Chapel Hill, NC 27599-9105
(919) 962-1219
*Attorney for Defendant the University of North Carolina at Chapel Hill*

/s/ Gregory S. Connor
Gregory S. Connor
***CONNOR LAW GROUP***
NC State Bar No.: 22445
gc@connorlaw.com
5511 Capital Center Dr., Ste. 180
Raleigh, NC 27606
Telephone: (919) 237-9220
Facsimile: (919) 237-9221
Counsel for Defendant Dr. Alice Zhang

s/ Kirton M. Madison
Kirton M. Madison
North Carolina State Bar No.43029
MADISON LAW, PLLC
8936 Northpointe Executive Park Drive 2016
Huntersville, NC 28078
Telephone: (704) 981-2790
kmadison@madlawpllc.com
ATTORNEY FOR PLAINTIFF

/s/ Potso Byndon
Potso Mahlangeni-Byndon
North Carolina State Bar No. 43031
BYNDON LAW
Fowler Avenue Suite 240-260
Omaha, NE 68110
Telephone: (402) 570-1287
potso@byndonlaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL OF DEFENDANT ALICE ZHANG'S COUNTERCLAIMS** was served on all parties via the court's CM/ECF System, which will send a Notice of Electronic Filing to all Parties' counsel of record in this action.

Respectfully submitted this 25th day of June 2026.


/s/ Gregory S. Connor
Gregory S. Connor
***CONNOR LAW GROUP***
NC State Bar No.: 22445
gc@connorlaw.com
5511 Capital Center Dr., Ste. 180
Raleigh, NC 27606
Telephone: (919) 237-9220
Facsimile: (919) 237-9221
Counsel for Defendant Dr. Alice Zhang