UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**TRIAL CALENDAR**

HONORABLE CATHERINE C. EAGLES, UNITED STATES DISTRICT JUDGE

**October 5, 2026**
9:30 a.m.

<u>NOTICE TO COUNSEL</u>

Because of the number of cases on the trial calendar and conflicts with the Court's schedule, trials will carry over into November. The deadlines in Fed.R.Civ.P.26(1)(3) and LR 40.1(c) apply, calculated based on October 5, 2026 trial date, unless the court enters or has entered an order with different deadlines.

The Court will dispense with a settlement conference in the absence of a request from any party.

Jury selection for **Judge Catherine C. Eagles** will take place in **Courtroom No. 3, 324 W. Market Street, Greensboro, N.C.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** no later than August 24, 2026.

For weeks when more than one case is set for trial, counsel should stay in touch with the case manager about the order in which cases will be called for trial. Any case not reached will be tried either at the February 2027 Civil Term or on a date set after consultation with counsel.

1:23CV1065
[JURY TRIAL
SET FOR
11/02/2026]

MICHAEL ANTRANTRINO LEE v. RALPH KERSEY, et al.
JURY:          1983 PRISONER CIVIL RIGHTS
Plaintiff:     Kearns Davis
               Brennan Brooks
               William Robertson
Defendant:     Caitlin Augerson
               James Morgan, Jr.
ETT:           4 days

1:24CV336
[JURY TRIAL
SET FOR
10/26/2026 and
11/02/2026]

ABDULRAHMAN RAGEH v. UNIVERSITY OF NORTH
CAROLINA AT CHAPEL HILL
**JURY:          JOB DISCRIMINATION (NATIONAL ORIGIN)**
Plaintiff:     Potso Mahlangeni-Byndon
               Kirton Mallowy Madison
Defendant:     Allison Hawkins
               Lindsay Smith
               Zachery Padget
ETT:           3-4 Days

1:24CV923
[JURY TRIAL
SET FOR
11/9/2026]

MAYA BABA v. SHERIFF JEFF CRISCO, et. al.
**JURY:          1983 CIVIL RIGHTS ACT**
Plaintiff:     James Cyrus, IV
               Karonnie Truzy
Defendant:     Sean Perrin
               John Milholland, IV
               Emily Maloney
ETT:           5 Days

1:25CV232
[JURY TRIAL
SET FOR
11/9/2026]

THOMAS JOHNSON v. SN SERVICING CORPORATION, et. al.
**JURY:          DIVERSITY**
Plaintiff:     Fielding Huseth
               James White
Defendant:     David Blue, I
               Maia Fleischman
               Evan Sauda
ETT:           3 Days

| | | |
|---|---|---|
| 1:25CV379 | JULIE R. WHATLEY v. BOBBY KIMBROUGH, et. al. | |
| **[JURY TRIAL** | **JURY:** | **1983 CIVIL RIGHTS ACT** |
| **SET FOR** | Plaintiff: | David McDonald |
| **10/19/2026]** | Defendant: | William Hill |
| | | Patrick Flanagan |
| | | Samantha Owens |
| | ETT: | 3 Days |

| | | |
|---|---|---|
| 1:25CV492 | THE DURHAM WOOD FIRED PIZZA COMPANY | |
| **[JURY TRIAL** | LLC, et. al. v. THE CINCINNATI INSURANCE | |
| **SET FOR** | COMPANY | |
| **10/26/2026]** | **JURY:** | **DIVERSITY-BREACH OF CONTRACT** |
| | Plaintiff: | Mark Anderson |
| | Defendant: | Daniel Litchfield |
| | | Gary Parsons |
| | | Michael Baniak |
| | | Kimberly Marston |
| | ETT: | 3-5 Days |