**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| ABDULRAHMAN RAGEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:24-CV-336 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, JAN NIKLAS ULRICH, and ALICE ZHANG, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that R. Daniel Gibson of Davis Hartman Wright LLP, a member of the bar of this Court, hereby enters his appearance as additional counsel for Plaintiff Abdulrahman Rageh in the above-captioned action, together with Plaintiff's counsel of record, Taylor S. Hastings and Thomas Sparks of Fiduciary Litigation Group.

The undersigned requests that copies of all pleadings, motions, notices, orders, and other papers filed or served in this action be served on him through the Court's CM/ECF system at the email address listed below.

Dated: October 26, 2026

Respectfully submitted,

/s/ R. Daniel Gibson
R. Daniel Gibson
N.C. State Bar No. 49222
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street

New Bern, North Carolina 28560
Telephone: (984) 345-3078
Email: dan.gibson@dhwlegal.com
Counsel for Plaintiff Abdulrahman Rageh

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record registered to receive electronic service.

/s/ R. Daniel Gibson
R. Daniel Gibson
Counsel for Plaintiff Abdulrahman Rageh