IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ABDULRAHMAN RAGEH, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:24-CV-336 |
| | ) | |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
OCT 28 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

**VERDICT SHEET**

We the jury unanimously find as to:

**ISSUE 1:**

Did UNC unlawfully retaliate against Dr. Rageh for engaging in activity protected by federal law?

**A. ADEA** - Age ______ Yes __X__ No

**B. Title VII** - National Origin ______ Yes __X__ No

*Answer both 1A and 1B.*

*If you answer yes to Issue 1A, answer Issues 2 and 3.*

*If you answer yes to Issue 1B, answer Issue 4.*

*If you answer no to both, skip all remaining issues and sign and date the verdict sheet.*

**ISSUE 2:**

Was UNC's retaliation based on protected activity under the ADEA willful?

______ Yes ______ No

*Go to Issue 3.*

**ISSUE 3:**

What amount of damages is Dr. Rageh entitled to recover from UNC for past lost pay caused by the unlawful retaliation?

$ ____________________________

**ISSUE 4:**

What amount of damages is Dr. Rageh entitled to recover from UNC for emotional distress caused by the unlawful retaliation?

$ ____________________________

This 28 day of October, 2026.

Mason C Hudson
FOREPERSON